1  MATTHEW RAFAT (in pro per)
   PO BOX 111351
2  CAMPBELL, CA 95011-1351
   408-871-2899
3

4  Attorney for Ben Silva, Steve Wang,
   and Matthew McKee
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12
   TVIA, INC,                        )   CASE No.: C08-01908 SC
13                                   )
                                     )   **PROOF OF SERVICE**
14            Plaintiff,             )
                                     )
15                                   )
         vs.                         )
16                                   )
   BENJAMIN SILVA, an individual1 TSU)
17 HSIEN "STEVE WANG", an individual;)
   MATTHEW MCKEE, an individual;     )
18 DIANE BJORKSTROM, an individual;  )
   MICHAEL BUTTRICK, an individual;  )
19 YK SYNNET, a Japanese Corporation;)
   AND DOES 1 to 50, inclusive       )
20                                   )
              Defendant.             )
21                                   )

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I declare that:

I am and was at the time of service of the papers herein a resident of the State of California and over the age of eighteen years and am not a party to this action; my business address is PO Box 111351, Campbell, California 95011. On **April 15, 2008**, I caused to be served the following documents(s):

1. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

[ ] <u>BY MAIL</u>: (CCP 1013 and 1013a)

[X] By placing the documents(s) listed above for **FIRST CLASS MAIL** delivery in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices thereof to:

Stephanie O. Sparks
60 South Market Street, Suite 1400
San Jose, CA 95113-2396

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] By placing a copy thereof for delivery by **OVERNIGHT EXPRESS** (CCP 1013c and d)

[ ] <u>BY FACSIMILE</u>: (CCP 1013e and f): from fax number 619-238-8707 to the fax numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2008 and no error was reported by the machine.

[X] **BY PERSONAL SERVICE ONLY**: I hand-delivered the documents described above to

Stephanie O. Sparks
in c/o Hoge Fenton
60 South Market Street, Suite 1400
San Jose, CA 95113-2396

attorneys for Defendants Buttrick and YK Synnet, on April 15, 2008.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 15, 2008 at San Jose, California.

Matthew Rafat

Proof of Service                                                                 2