1  MATTHEW RAFAT (SBN 221577)
   PO Box 111351
2  Campbell, CA 95011-1351
   408-871-2899
3
4  Attorney for Defendants
   Benjamin Silva, Matthew McKee,
5  and Tsu Hsien "Steve" Wang

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, an individual TSU HSIEN "STEVE WANG", an individual; MATTHEW MCKEE, an individual; DIANE BJORKSTROM, an individual; MICHAEL BUTTRICK, an individual; YK SYNNET, a Japanese Corporation; AND DOES 1 to 50, inclusive,<br><br>   Defendants. | CASE NO: C 08 01908 SC<br><br>DEFENDANTS' MOTION AND NOTICE OF 12(b)(6) MOTION TO DISMISS COMPLAINT<br><br>Date: June 6, 2008<br>Time: 10:00AM<br>Court: 1, 17th Floor<br><br>Date Set for Trial: N/A |

TO PLAINTIFF TVIA, INC. AND ITS ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that on June 6, 2008, at 10:00AM, or as soon thereafter as the matter may be heard in the courtroom of Judge S. Conti, located at 450 Golden Gate Avenue, Courtroom 1, 17th Floor, San Francisco, CA, Defendants BEN SILVA, MATTHEW MCKEE, AND "STEVE" WANG will move the Court for an order dismissing Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, granting a judgment on the pleadings in favor of Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure.

   This motion will be based upon the fact that Plaintiff has failed to state a cause of action; failed to comply with FRCP 9(b); and lacks standing.

1

Defendants' Notice of 12(b)(6) Motion                                      TVIA, Inc. v. NBG, LLC., et al.

1 | This motion is based upon the accompanying memorandum of points and authorities in support of the motion, Matthew Rafat's declaration, and such other and supplemental memoranda as may be filed herein, and the files, pleadings or documents in this Court's files relating to this action.

Dated: April 25, 2008

/sd/ Matthew Rafat
MATTHEW RAFAT
Attorney for Ben Silva, Matthew McKee, and Steve Wang

I declare that:

I am and was at the time of service of the papers herein a resident of the State of California and over the age of eighteen years and am not a party to this action; my business address is PO Box 111351, Campbell, California 95011.  On **April 25, 2008**, I caused to be served the following document(s):

1. DEFENDANTS' MOTION AND NOTICE OF 12(b)(6) MOTION TO DISMISS COMPLAINT

[ X ] <u>BY</u> <u>MAIL</u> (CCP 1013 and 1013a) <u>AND</u> **<u>EMAIL</u>**:

   [ X ]  By placing the documents(s) listed above for **FIRST CLASS MAIL** delivery in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices thereof to:

   Jefferson Stamp
   15650-A Vineyard Blvd.
   #146
   Morgan Hill, CA 95037

   Brad Jones, Esq.
   Needham, Davis, Kepner & Young, LLP
   1960 THE ALAMEDA STE 210
   SAN JOSE CA  95126-1451

   Stephanie O. Sparks
   60 South Market Street, Suite 1400
   San Jose, CA  95113-2396

   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **April 25, 2008** at San Jose, California.

/sd/ Matthew Rafat
Matthew Rafat