1  MATTHEW RAFAT (in pro per)
   PO BOX 111351
2  CAMPBELL, CA 95011-1351
   408-871-2899
3

4  Attorney for Ben Silva, Steve Wang,
   and Matthew McKee
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TVIA, INC, | CASE No.: C 08 01908 SC |
| Plaintiff, | SUPPLEMENTAL NOTICE REGARDING REMOVAL TO FEDERAL COURT |
| vs. | **DEMAND FOR JURY TRIAL** |
| BENJAMIN SILVA, an individual TSU HSIEN "STEVE WANG", an individual; MATTHEW MCKEE, an individual; DIANE BJORKSTROM, an individual; MICHAEL BUTTRICK, an individual; YK SYNNET, a Japanese Corporation; AND DOES 1 to 50, inclusive | |
| Defendant. | |

1  TO ALL PARTIES AND THEIR COUNSEL:

2      Defendants' earlier notice to remove did not specify all the bases for removal.

3      With respect to diversity jurisdiction under 28 USC 1332(a), first, the amounts claimed by
4  Plaintiff exceed 75,000 dollars. Second, based on state court filings, Plaintiff has listed itself in
5  pleading captions as a Delaware Corporation. See Santa Clara County Court Case No. 1-07-CV-
6  084211, pleading page attached hereto (signed March 31, 2008).

7      On information and belief, no defendant resides in or is a citizen of Delaware. Defendants
8  McKee and Silva reside in California. Steve Wang resides in China and is a "subject of a foreign
9  state." In addition, other defendants ("additional parties") are foreign citizens. YK Synnett is a
10  Japanese Corporation, as stated in the complaint's caption. Thus, removal is proper under 28 USC
11  1332(a)(1), (2), and (3).

12      Also, under 28 USC 1441, securities law appears to pre-empt any claim made by Plaintiff
13  with respect to insider trading, or the diminution in stock price. An action arising under securities
14  law should be controlled by federal substantive law even though it is brought in a state court.

15

16  Dated: April 29, 2008                  /sd/ Matthew Rafat
17                                           MATTHEW RAFAT, Esq.

18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I declare that:

    I am and was at the time of service of the papers herein a resident of the State of California and over the age of eighteen years and am not a party to this action; my business address is PO Box 111351, Campbell, California 95011.  On **April 29, 2008**, I caused to be served the following documents(s):

    **1.**        SUPPLEMENTAL NOTICE REGARDING REMOVAL TO FEDERAL COURT

[ ] <u>BY MAIL</u>: (CCP 1013 and 1013a)

    [ X ]  By placing the documents(s) listed above for **FIRST CLASS MAIL** delivery in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices thereof to:

Jefferson Stamp (Counsel for TVIA)
15650-A Vineyard Blvd.
#146
Morgan Hill, CA 95037

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    [ ]        By placing a copy thereof for delivery by **OVERNIGHT EXPRESS** (CCP 1013c and d)

[ ]    <u>BY FACSIMILE</u>: (CCP 1013e and f): from fax number 619-238-8707 to the fax numbers listed on the attached mailing list.  The facsimile machine I used complied with Rule 2008 and no error was reported by the machine.

[ ]    <u>BY PERSONAL SERVICE</u>: I hand-delivered the documents described above to Adam Wang, attorney for Plaintiff, 12 S. First St., Suite 613, San Jose, CA 95113 on September 1, 2006 at approximately _____.

[X]    **BY E-FILING**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 29, 2008 at San Jose, California.

/sd/ Matthew Rafat
Matthew Rafat

1  Jefferson T. Stamp (SBN 187975)
   Attorney at Law
2  15650-A Vineyard Blvd., #146
   Morgan Hill, CA 95037
3  Telephone: (408) 327-8020

4  Attorney for Plaintiff
   TVIA, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| TVIA, INC., A DELAWARE CORPORATION, | Case No.: 1-07-CV-084211 |
| Plaintiff, | NOTICE OF DEPOSITION OF PAUL BULLARD [C.C.P. § 2025.220] |
| v. | Date: May 8, 2008 |
| NBG, LLC., A FLORIDA LIMITED LIABILITY COMPANY; BENJAMIN SILVA; MATTHEW MCKEE; TSU HSIEN "STEVE" WANG; WEI CHEN; YK SYNNET INCORPORATED, A JAPANESE CORPORATION; AND DOES 1-50, | Time: 9:00 a.m. Place: Advantage Reporting Service 1083 Lincoln Ave. San Jose, CA 95125 |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Code of Civil Procedure §2025.220 Plaintiff Tvia, Inc., by and through its counsel of record, will take the deposition on oral examination of Paul Bullard whose deposition will occur on May 8, 2008, at 9:00 a.m., before a Notary Public or other officer duly authorized to administer oaths in the State of California at the office of Advantage Reporting Service, 1083 Lincoln Ave., San Jose, CA 95125. A copy of the Deposition Subpoena is attached hereto and incorporated by reference.

Respectfully submitted,

Dated: Mar. 31, 2008

Jefferson T. Stamp
Attorney for Plaintiff
TVIA, INC.

---
1
NOTICE OF DEPOSITION OF PAUL BULLARD