MATTHEW RAFAT (SBN 221577)
PO Box 111351
Campbell, CA 95011-1351
408-871-2899

Attorney for Defendants
Benjamin Silva, Matthew McKee,
and Tsu Hsien "Steve" Wang

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, an individual TSU HSIEN "STEVE WANG", an individual; MATTHEW MCKEE, an individual; DIANE BJORKSTROM, an individual; MICHAEL BUTTRICK, an individual; YK SYNNET, a Japanese Corporation; AND DOES 1 to 50, inclusive,<br><br>    Defendants. | CASE NO: C 08 01908 SC<br><br>DEFENDANTS' NOTICE OF INTENT TO REMAND TO STATE COURT AND REQUEST FOR STAY OF ALL FEDERAL COURT PROCEEDINGS<br><br>Date Set for Trial: N/A |

TO PLAINTIFF TVIA, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DEFENDANTS SILVA, WANG, AND MCKEE will voluntarily remand this action back to state court, where they will file a demurrer against PLAINTIFF TVIA, INC. A proposed order is submitted with this Notice, requesting that the Hon. Judge Conti remand this matter back to Santa Clara County Superior court. PLAINTIFF has contacted DEFENDANTS' counsel and requested that they voluntarily remand this action on May 1, 2008.

Dated: May 1, 2008                         /sd/ Matthew Rafat
                                           MATTHEW RAFAT
                                           Attorney for Ben Silva, Matthew McKee,
                                           and Steve Wang

I declare that:

I am and was at the time of service of the papers herein a resident of the State of California and over the age of eighteen years and am not a party to this action; my business address is PO Box 111351, Campbell, California 95011.  On **May 1, 2008**, I caused to be served the following document(s):

1. DEFENDANTS' NOTICE OF INTENT TO REMAND TO STATE COURT AND REQUEST FOR STAY OF ALL FEDERAL COURT PROCEEDINGS
2. [PROPOSED] ORDER


[ X ] BY **EMAIL due to E-Filing**:

    Jefferson Stamp
    15650-A Vineyard Blvd.
    #146
    Morgan Hill, CA 95037

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **May 1, 2008** at San Jose, California.


/sd/ Matthew Rafat
Matthew Rafat

```
MATTHEW RAFAT (SBN 221577)
PO Box 111351
Campbell, CA 95011-1351
408-871-2899

Attorney for Defendants
Benjamin Silva, Matthew McKee,
and Tsu Hsien "Steve" Wang
```

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, an individual TSU HSIEN "STEVE WANG", an individual; MATTHEW MCKEE, an individual; DIANE BJORKSTROM, an individual; MICHAEL BUTTRICK, an individual; YK SYNNET, a Japanese Corporation; AND DOES 1 to 50, inclusive,<br><br>    Defendants. | CASE NO: C 08 01908 SC<br><br>[PROPOSED] ORDER REMANDING ACTION TO STATE COURT |

WHEREAS PLAINTIFF's counsel has communicated to DEFENDANTS' counsel on May 1, 2008, a request to voluntarily remand to state court;

WHEREAS DEFENDANTS have agreed to remand this action back to state court;

IT IS ORDERED that this case be remanded to Santa Clara County Superior Court, where DEFENDANTS will file a demurrer or an answer to the Complaint and that no further action be taken by this Court.  Each side is to bear his/her/its attorneys' fees and costs.

Dated: _____             _____
                                          HON. JUDGE CONTI