GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. | ) Case No. 08-cv-01908-SC |
| | ) |
| Plaintiff, | ) **NOTICE OF ASSOCIATION OF COUNSEL** |
| | ) |
| vs. | ) <u>No Hearing</u> |
| | ) |
| BENJAMIN SILVA, TSU HSIEN | ) |
| "STEVE" WANG, MATTHEW MCKEE, | ) |
| DIANE BJORKSTROM | ) |
| MICHAEL BUTTRICK, YK SYNNET, A | ) |
| JAPANESE CORPORATION AND DOES | ) |
| 1 TO 100, INCLUSIVE | ) |
| | ) |

Please take notice that Tvia, Inc. hereby associates the following law firm as additional

Counsel of record:

GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

Dated: May 2, 2008                    ___/Jefferson Stamp_____
                                      Jefferson T. Stamp
                                      Attorney for Plaintiff

Campeau Goodsell Smith
A Law Corporation
San Jose, California