GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>            Plaintiff,<br><br>    vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**Certificate of Service** |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112 I am readily familiar with the processing of pleadings for delivery via electronic mail.

On May 2, 2008 I caused to be served the following:

**1.  NOTICE OF ASSOCIATION OF COUNSEL**

1  **[X ] BY ELECTRONIC MAIL** on the following individuals via U.S. District Court, Northern
2  District of California Electronic Filing:

3         Matthew Rafat
       P.O. Box 111351
4         Campbell, CA 95011-1351
       408-871-2899
5         willworkforjustice@yahoo.com

6
7  I declare that I am employed in the office of a member of the Bar of this Court at whose direction
8  the service was made, and that this declaration was executed May 2, 2008 in San Jose, California.

9                                          /s/ Tracy Thorsen
                                          Tracy Thorsen

Campeau Goodsell Smith
A Law Corporation
San Jose, California