G‌REGORY C‌HARLES, E‌SQ., B‌AR N‌O. 208583
C‌AMPEAU G‌OODSELL S‌MITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>        Plaintiff,<br><br>    vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE HEARING REGARING MOTION TO DIMISS (DOC. NOS. 6-7) AND LIMITED OPPOSITION TO "DEFENDANTS' NOTICE OF INTENT TO REMAND TO STATE COURT AND REQUEST FOR STAY OF ALL FEDERAL COURT PROCEEDINGS"**<br><br>No Hearing |

I, Gregory J. Charles, declare and say:

I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am a partner in the law firm of Campeau Goodsell Smith which is counsel for Tvia, Inc., ("TVIA") plaintiff in these proceedings.  This declaration is made on my personal knowledge.  If called as a witness, I would and could competently testify as follows.

1.    Tvia filed this case in the Superior Court on February 1, 2008.  The Plaintiff is a Delaware Corporation that maintains its principal place of business in Santa Clara County, California.

2.    Tvia served defendants Silva, Wang, and Bjorkstrom at their residences in California

1 more than thirty days ago.  Copies of the proofs of service are attached hereto as Exhibit 1.

2     3.    Tvia attempted to resolve this matter amicably and sent correspondence to Counsel for the Defendants on May 2, 2008 noting each of the aforementioned considerations.  A copy is attached hereto as Exhibit 2.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of May, 2008 at San Jose, California.

                          /Gregory J. Charles

                          GREGORY J. CHARLES

Campeau Goodsell Smith
A Law Corporation
San Jose, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Campeau Goodsell Smith
A Law Corporation
San Jose, California

REPLY MEMORANDUM OF POINTS AND AUTHORITIES

1