GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE HEARING REGARING MOTION TO DISMISS (DOC. NOS. 6-7)**<br><br>No Hearing |

This matter is before the Court on an administrative motion ("Motion") by Tvia, Inc. ("Tvia") to continue the Motion to Dismiss filed by Defendants Benjamin Silva ("Silva"), Tsu Hsien "Steve" Wang, and Matthew McKee ("Mckee") currently scheduled for June 6, 2008 to July 11, 2008 (Doc. Nos. 6-7). Having reviewed the moving papers and good cause appearing,

The Motion is GRANTED, and the Motion to Dismiss filed by Defendants Silva, Wang, and McKee currently scheduled for June 6, 2008 at 9:00 a.m. is continued to July 11, 2008 at 9:00 a.m. in Courtroom 1 of the United States District Court for the Northern District of California.

\\

\\

Campeau Goodsell Smith
A Law Corporation
San Jose, California

1  IT IS SO ORDERED.

2

3  Dated: _____    _____
                                    Hon. Samuel Conti
4                                   United States District Judge