GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC <br><br> **Certificate of Service** |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112 I am readily familiar with the processing of pleadings for delivery via electronic mail.

On May 2, 2008 I caused to be served the following:

1. **ADMINISTRATIVE MOTION TO CONTINUE HEARING REGARING MOTION TO DISMISS (DOC. NOS. 6-7) AND LIMITED OPPOSITIONTO "DEFENDANTS' NOTICE OF INTENT TOREMAND TO STATE COURT AND REQUEST OR STAY OF ALL FEDERAL COURT PROCEEDINGS;**

2. **DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE HEARING REGARING**

**MOTION TO DISMISS (DOC. NOS.6-7) AND LIMITED OPPOSITION TO "DEFENDANTS' NOTICE OF INTENT TO REMAND TO STATE COURT AND REQUEST FOR STAY OF ALL FEDERAL COURT PROCEEDINGS;" and**

**3. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE HEARING REGARING MOTION TO DIMISS (DOC. NOS. 6-7).**

[X ] **BY ELECTRONIC MAIL** on the following individuals via U.S. District Court, Northern District of California Electronic Filing:

> Matthew Rafat
> P.O. Box 111351
> Campbell, CA 95011-1351
> 408-871-2899
> willworkforjustice@yahoo.com

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that this declaration was executed May 6, 2008 in San Jose, California.

/s/ Tracy Thorsen
Tracy Thorsen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Campeau Goodsell Smith
A Law Corporation
San Jose, California

REPLY MEMORANDUM OF POINTS AND AUTHORITIES

1