GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE HEARING REGARING MOTION TO DIMISS (DOC. NOS. 6-7) AND LIMITED OPPOSITION TO "DEFENDANTS' NOTICE OF INTENT TO REMAND TO STATE COURT AND REQUEST FOR STAY OF ALL FEDERAL COURT PROCEEDINGS"**<br><br>No Hearing |

I, Gregory J. Charles, declare and say:

    I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am a partner in the law firm of Campeau Goodsell Smith which is counsel for Tvia, Inc., ("TVIA") plaintiff in these proceedings. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

    1.    Tvia filed this case in the Superior Court on February 1, 2008. The Plaintiff is a Delaware Corporation that maintains its principal place of business in Santa Clara County, California.

    2.    Tvia served defendants Silva, Wang, and Bjorkstrom at their residences in California

1  more than thirty days ago.  Copies of the proofs of service are attached hereto as Exhibit 1.

2      3.      Tvia attempted to resolve this matter amicably and sent correspondence to Counsel
3  for the Defendants on May 2, 2008 noting each of the aforementioned considerations.  A copy is
4  attached hereto as Exhibit 2.

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.  Executed this 2nd day of May, 2008 at San Jose, California.

8      /Gregory J. Charles
9      GREGORY J. CHARLES

Campeau Goodsell Smith
A Law Corporation
San Jose, California

# Exhibit 1

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.   SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | (ENDORSED)<br>FILED<br>MAR 13 08<br>KIRI TORRE Nguyen<br>CHIEF EXEC. OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint First Amended
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Matthew McKee, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 2350 Mission College Blvd., #925, Santa Clara, CA 95054

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 3/10/2008 at *(time):* 4:44 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* by serving Benjamin Silva, co-defendant/coworker, apparently in charge
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/11/2008 from *(city):* San Jose   or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal Solutions Plus | Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                     (2) from *(city):*
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)                   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)           ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                            ☐ 415.46 (occupant)
                                                                  ☐ other:

7. **Person who served papers**
  a. Name: Carlos Aguirre, County Process Service Inc.
  b. Address: 31 E. Julian St., San Jose, CA 95112
  c. Telephone number: 408-297-6070
  d. **The fee** for service was: $ 75.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner   ☒ employee   ☐ independent contractor.
        (ii) Registration No.: 885
        (iii) County: Santa Clara

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 12, 2008     CARLOS AGUIRRE
                            SANTA CLARA COUNTY #885

Carlos Aguirre                                               ▶          *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.  SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | ENDORSED FILED<br>MAR 13 08<br>KIRI TORRE<br>CHIEF EXEC. OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 N. First St
MAILING ADDRESS: 191 N. First St
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Civil

PLAINTIFF/PETITIONER: Tvia, Inc.

DEFENDANT/RESPONDENT: Silva, et al

CASE NUMBER: 108 CV 104728

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint First Amended
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served)*: Diane Bjorkstrom, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 530 Lakeside Drive, Suite 140, Sunnyvale, CA 94085

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 3/10/2008 at *(time)*: 4:15 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*: by serving, Jane Doe, coworker, apparently in charge, (thirtyish, 5"4', 135 pounds, brown hair, female, Asian)
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 3/11/2008 from *(city)*: San Jose   or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Legal Solutions Plus

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):               (2) from (city):

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                     ☐ other:

7. **Person who served papers**
  a. Name: Carlos Aguirre, County Process Service Inc.
  b. Address: 31 E. Julian St., San Jose, CA 95112
  c. Telephone number: 408-297-6070
  d. The fee for service was: $ 75.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner  ☒ employee  ☐ independent contractor.
        (ii) Registration No.: 885
        (iii) County: Santa Clara

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 12, 2008    CARLOS AGUIRRE
                                SANTA CLARA COUNTY #885

Carlos Aguirre
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       ▶     (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

# Declaration Regarding Diligence
## To Effect Personal Service

In the __Superior__ Court, County of __Santa Clara__

Case Title: __Tvia v Silva, et al.__   Case # __108 CV 104728__

(ENDORSED) FILED MAR 13 08
KIRI TORRES
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
_____ DEPUTY

Person to be served: Diane Bjorkstrom, an individual   Time served: 4:15 p.m.

Person substituted: Jane Doe, ( thirtyish, 5'4", 135 pounds, brown hair, female, Asian )   Date Served: March 10, 2008

Relationship: coworker, apparently in charge

At: Home address:

Business address: 530 Lakeside Drive, Suite 140, Sunnyvale, CA 94085

Or within the judicial district in which the address specified is situated, as enumerated below:

On __February 29, 2008__, at __4:28 p.m.__, I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant Was not in.

On __March 3, 2008__, at __4:40 p.m.__, I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant Was not in.

On __March 10, 2008__, at __4:15 p.m.__, I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (X) I was informed the defendant Was not in.

I talked with, explained the general nature of the papers to, and left the papers with __Jane Doe__ who is over the age of eighteen years and (x) a person apparently in charge ( ) a competent member of the household. I asked that they be given to the defendant.

**Date of mailing, first class postage prepaid:** March 11, 2008

The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on __March 12, 2008__ at San Jose, California.

Santa Clara County, Registration #885
**County Process Service Inc.**
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070   Fax 297-6160

Carlos Aguirre

CARLOS AGUIRRE
SANTA CLARA COUNTY #885

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.  SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | ENDORSED<br>FILED<br><br>MAR 13 08<br><br>KIRI ??ARE<br>CHIEF EXECUTIVE OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>_____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. [X] summons
    b. [X] complaint  First Amended
    c. [ ] Alternative Dispute Resolution (ADR) package
    d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Benjamin Silva, an Individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 2350 Mission College Blvd., #925, Santa Clara California

5. I served the party *(check proper box)*
    a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* March 10, 2008   (2) at *(time):* 4:44 p.m.
    b. [ ] **by substituted service.** On *(date):*           at *(time):*           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or [ ] a declaration of mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal Solutions Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                   (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: Carlos Aguirre, County Process Service Inc.
   b. Address: 31 E. Julian St., San Jose, CA 95112
   c. Telephone number: 408-297-6070
   d. The fee for service was: $ 97.50
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner  ☒ employee  ☐ independent contractor.
         (ii) Registration No.: 885
         (iii) County: Santa Clara

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 12, 2008      CARLOS AGUIRRE
                          SANTA CLARA COUNTY #885

Carlos Aguirre
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  ▶ *(signature)*
                                                                          (SIGNATURE)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**                   Page 2 of 2

# Declaration Regarding Diligence
## To Effect Personal Service

In the _____Superior_____ Court, County of Santa Clara

Case Title: Tvia v Silva, et al.    Case # 108 CV 104728

Person to be served: Matthew McKee, an individual    Time served: 4:44 p.m.

Person substituted: Benjamin Silva    Date Served: March 10, 2008

Relationship: codefendant/coworker, apparently in charge

At: Home address:

Business address: 2350 Mission College Blvd., #925, Santa Clara, CA 95054

(ENDORSED) FILED MAR 13 08
KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
BY _____ DEPUTY

Or within the judicial district in which the address specified is situated, as enumerated below:

On February 29, 2008, at 4:28 p.m., I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant Was not in.

On March 3, 2008, at 4:40 p.m., I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant Was not in.

On March 10, 2008, at 4:44 p.m., I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (x) I was informed the defendant Was not in.

I talked with, explained the general nature of the papers to, and left the papers with __Benjamin Silva__ who is over the age of eighteen years and (x) a person apparently in charge ( ) a competent member of the household. I asked that they be given to the defendant.

**Date of mailing, first class postage prepaid:** March 11, 2008

The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on March 12, 2008 at San Jose, California.

Santa Clara County, Registration #885
County Process Service Inc.
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070  Fax 297-6160

Carlos Aguirre
CARLOS AGUIRRE
SANTA CLARA COUNTY #885

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.   SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | ENDORSED FILED<br>08 MAR 27 AM 11:13<br>G. Duarte<br>BY_____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint First Amended
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Tzu Hsien "Steve" Wang, an Individual
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 13225 Via Grande Court, Saratoga, CA 95070

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 3/25/2008 at *(time):* 1:35 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* by serving, Jane Doe, co-occupant, female, Asian
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/25/2008 from *(city):* San Jose   or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                      ☐ other:

7. **Person who served papers**
  a. Name: Michael R. Mezzetti, County Process Service Inc.
  b. Address: 31 E. Julian St., San Jose, CA 95112
  c. Telephone number: 408-297-6070
  d. **The fee** for service was: $ 75.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner    ☒ employee    ☐ independent contractor.
      (ii) Registration No.: 1002
      (iii) County: Santa Clara

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 26, 2008

MICHAEL MEZZETTI
SANTA CLARA COUNTY #1002

Michael R. Mezzetti
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*    (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

## Declaration Regarding Diligence
## To Effect Personal Service

In the __Superior__ Court, County of __Santa Clara__

Case Title: __Tvia, Inc. v Silva, et al.__   Case # __108 CV 104728__

Person to be served: Tzu Hsien "Steve" Wang, an individual   Time served: 1:35 p.m.

Person substituted: Jane Doe, female, Asian   Date Served: March 25, 2008

Relationship: co-occupant

At: Home address: 13225 Via Grande Court, Saratoga, CA 95070

Business address:

Or within the judicial district in which the address specified is situated, as enumerated below:

On __March 11, 2008__, at __9:55 p.m.__, I attempted to serve the defendant at the (x) home
( ) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant
Was not in.

On __March 24, 2008__, at __8:55 p.m.__, I attempted to serve the defendant at the (x) home
( ) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant
Was not in.

On __March 25, 2008__, at __1:35 p.m.__, I attempted to serve the defendant at the (x) home
( ) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (x) I was informed the defendant
Was not in.

I talked with, explained the general nature of the papers to, and left the papers with __Jane Doe__ who is over the age of eighteen years and ( ) a person apparently in charge (x) a competent member of the household. I asked that they be given to the defendant.

**Date of mailing, first class postage prepaid:** March 25, 2008
The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on __March 26, 2008__ at San Jose, California.

Santa Clara County, Registration #1002
County Process Service Inc.
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070  Fax 297-6160

Michael R. Mezzetti

MICHAEL MEZZETTI
SANTA CLARA COUNTY #1002

**Exhibit 2**

LAW OFFICES
# CAMPEAU GOODSELL SMITH
A LAW CORPORATION

GREGORY J. CHARLES
gcharles@campeaulaw.com

440 NORTH FIRST STREET, STE. 100
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 295-9555
FACSIMILE: (408) 852-0233

May 2, 2008

Matthew Rafat, Esq.
P.O. Box 111351
Campbell, CA 95011-1351

<u>Via Email</u>
<u>Willworkforjustice@yahoo.com</u>

Re: *Tvia v. Silva, et al*
Case No. C 08 01908 SC

Dear Mr. Rafat:

Thank you for the prompt response to my email sent yesterday regarding the improper removal of the case. I am not trying to give you an unreasonable amount of time to respond to my demand that your clients stipulate to remand of the case. I am, however, concerned about the impending deadlines in the case. The opposition to your Rule 12(b)(6) Motion is due May 16, 2008. If I file an administrative motion on Monday, May 5, 2008, then your opposition to the motion would be due on Thursday, May 8. If the Court were to deny the motion on Thursday or Friday, then I would only have a week to prepare an opposition to the Rule 12(b)(6) Motion. Since you attached a declaration to the motion, it will be deemed a Rule 56 motion (Rule 12(d)), so our opposition necessarily would require substantially more effort than an ordinary motion to dismiss.

With respect to your request that I provide case law regarding complete preemption and the artful pleading rule, instead, I note that every aspect of your effort to remove this case is defective. Here are some but not all of your problems.

1. You did not sign the Notice of Removal which is a requirement under Rule 11. 28 U.S.C. § 1446(a).

2. You claim diversity of citizenship as a basis of removal but fail to state the residency of each party. Diversity jurisdiction is conferred on a federal court only if there is complete diversity. Complete diversity requires that none of the defendants be a citizen of the same state as the plaintiff. If the plaintiff and any defendant share citizenship of the same state, diversity is incomplete, and the federal court lacks jurisdiction. *Inecon Agricorporation v. Tribal Farms, Inc.*, 656 F.2d 498, 500 (9th Cir. 1981); *China Basin Props., Ltd. v. Allendale Mut. Ins. Co.*, 818 F. Supp. 1301, 1303 (N.D. Cal. 1992). While Tvia is a Delaware Corporation, its principal place of business is California, so it is also a resident of this state. Diversity in this case does not exist.

3. Even if there were diversity, a defendant cannot remove in his home state.

4. You filed the notice on behalf of three defendants. All defendants must join in the notice of removal. *Parrino v. FHP, Inc.*, 146 F.3d 699, 703 (9th Cir. 1998).

5. "A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file ... all process, pleadings, and orders served upon such defendant or defendants in such action." 28 USCS § 1446. You did not attach "all process, pleadings, and orders" served on the defendants to the Notice of Removal.

6. With respect to Federal Question Jurisdiction, I note that your clients have the burden to demonstrate subject matter jurisdiction. The removal right is strictly construed. *California v. United States*, 215 F.3d 1005, 1010-1014 (9th Cir. 2000); *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1426 (9th Cir. 1984). A strong presumption exists against removal jurisdiction. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). The presence or absence of federal question jurisdiction is governed by the well-pleaded complaint rule, which provides that federal jurisdiction exists only if a federal question is affirmatively and distinctly presented on the face of the plaintiff's properly pleaded complaint. *Westinghouse Elec. Corp. v. Newman & Holtzinger, P.C.*, 992 F.2d 932, 934, 937 (9th Cir. 1993); *Clorox Co. v. United States Dist. Ct. for N. Dist. of Cal.*, 779 F.2d 517, 521 (9th Cir. 1985). Since you did not attach the First Amended Complaint to the Notice of Removal, there is nothing before the court indicating subject matter jurisdiction.

7. Since your clients were served with process more than 30 days ago, your time to correct the technical defects noted herein has lapsed. The substantive considerations, however, cannot be corrected.

Since I have taken the time to explain most, but not all, of your defective efforts to remove the case, I trust that you will promptly stipulate to remand of the matter. I will not go through the effort to prepare a stipulation absent your written representation that all parties agree to the remand. If you need more time to confer, then I suggest that you re-notice the Rule 12(b)(6) Motion hearing for a later date pursuant to LR 7-7. Since I am out of the office during the week of May 26, the earliest that you can re-notice the hearing is June 20, 2008.

Given the time frame noted above, I will file the administrative motion at noon on Monday. To justify the continuance, I will also attach to it the Motion to Remand. We will also notice a motion pursuant to LR 7-8 and 28 U.S.C. § 1447(c) on the same day as the Motion to Remand and attach to it this correspondence as proof that your clients refused to resolve this issue amicably despite expressly being told why that the removal was improper. Even if you re-notice the Rule 12(b)(6) Motion prior to noon on Monday, we still must file the Motion to Remand by Friday, May 9, 2008. If we are forced to undertake that effort, then we will not

Matthew Rafat, Esq. Page 3
May 2, 2008

stipulate to a remand, absent your clients' agreement to pay all fees and costs associated with the Motion to Remand.

        Very truly yours,

        CAMPEAU GOODSELL SMITH
        A Law Corporation

By: _____
        Gregory J. Charles

cc: Jeff Stamp, Esq. *via* email
    Brad Jones, Esq, *via* facsimile