UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVIA, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN SILVA, an individual; TSU HSIEN, a/k/a STEVE WANG, an individual; MATTHEW MCKEE, an individual; DIANE BJORKSTRUM, an individual; MICHAEL BUTTRICK, an individual; YK SYNNET, a Japanese Corporation; AND DOES 1-50, inclusive,<br><br>    Defendants. | No. 08-1908 SC<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION <u>TO CONTINUE HEARING</u> |

Defendants Benjamin Silva, Steve Wang, and Matthew McKee (collectively the "Moving Defendants"), removed this matter from the Santa Clara County Superior Court and subsequently filed a Motion to Dismiss. Docket Nos. 1, 6. The hearing on the Moving Defendants' Motion to Dismiss is currently scheduled for June 6, 2008. Plaintiff TVIA, Inc. ("TVIA") filed an administrative motion to continue that hearing date. Docket No. 12. TVIA believes that the Court lacks jurisdiction over this matter because the removal was improper, and that it is entitled to recover its attorneys fees spent opposing the removal. <u>See</u> <u>id.</u>

The Court GRANTS TVIA's motion to continue the hearing on the Moving Defendants' Motion to Dismiss. That hearing is continued to July 11, 2008. TVIA may notice its motion to remand and any

motion related to fees for July 11, 2008.  This schedule will allow the Court to defer consideration of the merits of the Motion to Dismiss until after ruling on the jurisdiction question.

IT IS SO ORDERED.

May 7, 2008



UNITED STATES DISTRICT JUDGE

2