GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC <br><br> **DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF MOTION TO REMAND** <br><br> <u>No Hearing</u> |

I, Gregory J. Charles, declare and say:

I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am a partner in the law firm of Campeau Goodsell Smith which is counsel for Tvia, Inc., ("TVIA") plaintiff in these proceedings.  This declaration is made on my personal knowledge.  If called as a witness, I would and could competently testify as follows.

1. Tvia filed this case in the Superior Court on February 1, 2008.  The Plaintiff is a Delaware Corporation that maintains its principal place of business in Santa Clara County, California.

2. Tvia served defendants Silva, Wang, and Bjorkstrom at their residences in California more than thirty days ago.  Copies of the proofs of service are attached hereto as Exhibit 1.

DECLARATION OF GREGORY CHARLES, ESQ.
1

1    3.   A copy of email from opposing counsel is attached hereto as Exhibit 2.

2    I declare under penalty of perjury under the laws of the United States of America that the
3    foregoing is true and correct.  Executed this 8th day of May, 2008 at San Jose, California.

4

5                                                        /Gregory J. Charles
6                                                      GREGORY J. CHARLES

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Campeau Goodsell Smith
A Law Corporation
San Jose, California

DECLARATION OF GREGORY CHARLES, ESQ.

2

**Exhibit 1**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.  SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | (ENDORSED)<br>FILED<br>MAR 13 08<br>KIRI TORRE Nguyen<br>CHIEF EXEC. OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint First Amended
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Matthew McKee, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 2350 Mission College Blvd., #925, Santa Clara, CA 95054

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 3/10/2008 at *(time):* 4:44 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* by serving Benjamin Silva, co-defendant/coworker, apparently in charge
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/11/2008 from *(city):* San Jose  or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Legal Solutions Plus

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                     (2) from *(city):*
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                                     ☐ other:

7. **Person who served papers**
   a. Name: Carlos Aguirre, County Process Service Inc.
   b. Address: 31 E. Julian St., San Jose, CA 95112
   c. Telephone number: 408-297-6070
   d. **The fee for service was:** $ 75.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner   ☒ employee   ☐ independent contractor.
         (ii) Registration No.: 885
         (iii) County: Santa Clara

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 12, 2008     CARLOS AGUIRRE
                                 SANTA CLARA COUNTY #885

Carlos Aguirre
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶     (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.   SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | ENDORSED<br>FILED<br>MAR 13 08<br>KIRI TORRE<br>CHIEF EXEC. OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>_____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint First Amended
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Diane Bjorkstrom, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 530 Lakeside Drive, Suite 140, Sunnyvale, CA 94085

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 3/10/2008 at *(time):* 4:15 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* by serving, Jane Doe, coworker, apparently in charge, (thirtyish, 5"4', 135 pounds, brown hair, female, Asian)
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/11/2008 from *(city):* San Jose     or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                          (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Carlos Aguirre, County Process Service Inc.
   b. Address: 31 E. Julian St., San Jose, CA 95112
   c. Telephone number: 408-297-6070
   d. The fee for service was: $ 75.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner  ☒ employee  ☐ independent contractor.
         (ii) Registration No.: 885
         (iii) County: Santa Clara

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 12, 2008

CARLOS AGUIRRE
SANTA CLARA COUNTY #885

Carlos Aguirre
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                ▶ (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

# Declaration Regarding Diligence
## To Effect Personal Service

In the __Superior__ Court, County of __Santa Clara__

*(ENDORSED) FILED*
*MAR 13 08*
*KIRI TORRE*
*CHIEF EXEC. OFFICER/CLERK*
*SUPERIOR COURT OF CA*
*COUNTY OF SANTA CLARA*
*_____ DEPUTY*

Case Title: __Tvia v Silva, et al.__   Case # __108 CV 104728__

Person to be served: Diane Bjorkstrom, an individual   Time served: 4:15 p.m.

Person substituted: Jane Doe, ( thirtyish, 5'4", 135 pounds, brown hair, female, Asian )   Date Served: March 10, 2008

Relationship: coworker, apparently in charge

At: Home address:

   Business address: 530 Lakeside Drive, Suite 140, Sunnyvale, CA 94085

Or within the judicial district in which the address specified is situated, as enumerated below:

On __February 29, 2008__, at __4:28 p.m.__, I attempted to serve the defendant at the ( ) home
(x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant
Was not in.

On __March 3, 2008__, at __4:40 p.m.__, I attempted to serve the defendant at the ( ) home
(x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant
Was not in.

On __March 10, 2008__, at __4:15 p.m.__, I attempted to serve the defendant at the ( ) home
(x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (X) I was informed the defendant
Was not in.

I talked with, explained the general nature of the papers to, and left the papers with __Jane Doe__ who is over the age of eighteen years and (x) a person apparently in charge ( ) a competent member of the household. I asked that they be given to the defendant.

**Date of mailing, first class postage prepaid:** March 11, 2008
The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on __March 12, 2008__ at San Jose, California.

Santa Clara County, Registration #885
**County Process Service Inc.**
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070  Fax 297-6160

_____
Carlos Aguirre

CARLOS AGUIRRE
SANTA CLARA COUNTY #885

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp, Esq.  SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | ENDORSED<br>FILED<br><br>MAR 13 08<br><br>KIRI ____<br>CHIEF EXEC OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>_____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint First Amended
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Benjamin Silva, an Individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 2350 Mission College Blvd., #925, Santa Clara California

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* March 10, 2008   (2) at *(time):* 4:44 p.m.
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                          (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ by other means *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Carlos Aguirre, County Process Service Inc.
   b. Address: 31 E. Julian St., San Jose, CA 95112
   c. Telephone number: 408-297-6070
   d. The fee for service was: $ 97.50
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner   ☒ employee   ☐ independent contractor.
         (ii) Registration No.: 885
         (iii) County: Santa Clara

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 12, 2008    CARLOS AGUIRRE
                        SANTA CLARA COUNTY #885

Carlos Aguirre                                      ▶ [signature]
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

## Declaration Regarding Diligence
## To Effect Personal Service

In the __Superior__ Court, County of __Santa Clara__

Case Title: __Tvia v Silva, et al.__   Case # __108 CV 104728__

(ENDORSED) FILED MAR 13 08 KIRI TORRE CHIEF EXEC. OFFICER/CLERK SUPERIOR COURT OF CA COUNTY OF SANTA CLARA BY _____ DEPUTY

Person to be served: Matthew McKee, an individual

Time served: 4:44 p.m.

Person substituted: Benjamin Silva

Date Served: March 10, 2008

Relationship: codefendant/coworker, apparently in charge

At:   Home address:

Business address: 2350 Mission College Blvd., #925, Santa Clara, CA 95054

Or within the judicial district in which the address specified is situated, as enumerated below:

On __February 29, 2008__, at __4:28 p.m.__, I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant Was not in.

On __March 3, 2008__, at __4:40 p.m.__, I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
(x) There was no answer. ( ) The business was closed. ( ) I was informed the defendant Was not in.

On __March 10, 2008__, at __4:44 p.m.__, I attempted to serve the defendant at the ( ) home (x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (x) I was informed the defendant Was not in.

I talked with, explained the general nature of the papers to, and left the papers with __Benjamin Silva__ who is over the age of eighteen years and (x) a person apparently in charge ( ) a competent member of the household. I asked that they be given to the defendant.

**Date of mailing, first class postage prepaid:** March 11, 2008
The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on __March 12, 2008__ at San Jose, California.

Santa Clara County, Registration #885
**County Process Service Inc.**
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070  Fax 297-6160

Carlos Aguirre

CARLOS AGUIRRE
SANTA CLARA COUNTY #885

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jefferson T. Stamp, Esq.  SBN# 187975<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO.: 408-327-8020    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY<br><br>ENDORSED FILED<br>08 MAR 27 AM 11:13<br><br>G. Duarte<br>BY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. First St<br>MAILING ADDRESS: 191 N. First St<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil | |
| PLAINTIFF/PETITIONER: Tvia, Inc.<br>DEFENDANT/RESPONDENT: Silva, et al | CASE NUMBER:<br>108 CV 104728 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. [X] summons
    b. [X] complaint First Amended
    c. [ ] Alternative Dispute Resolution (ADR) package
    d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [X] other *(specify documents):* Civil Lawsuit Notice, ADR Information Sheet

3. a. Party served *(specify name of party as shown on documents served):* Tzu Hsien "Steve" Wang, an Individual
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 13225 Via Grande Court, Saratoga, CA 95070

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 3/25/2008  at *(time):* 1:35 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* by serving, Jane Doe, co-occupant, female, Asian
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/25/2008 from *(city):* San Jose    or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Tvia, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silva, et al | 108 CV 104728 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                       (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
   a. Name: Michael R. Mezzetti, County Process Service Inc.
   b. Address: 31 E. Julian St., San Jose, CA 95112
   c. Telephone number: 408-297-6070
   d. **The fee** for service was: $ 75.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) [X] registered California process server:
           (i) ☐ owner   [X] employee   ☐ independent contractor.
           (ii) Registration No.: 1002
           (iii) County: Santa Clara

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 26, 2008

Michael R. Mezzetti
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

MICHAEL MEZZETTI
SANTA CLARA COUNTY #1002

▶ [signature]
(SIGNATURE)

POS-010 [Rev. January 1, 2007]             **PROOF OF SERVICE OF SUMMONS**             Page 2 of 2

# Declaration Regarding Diligence
## To Effect Personal Service

In the **Superior** Court, County of **Santa Clara**

Case Title: **Tvia, Inc. v Silva, et al.**    Case # **108 CV 104728**

Person to be served: **Tzu Hsien "Steve" Wang, an individual**    Time served: **1:35 p.m.**

Person substituted: **Jane Doe, female, Asian**    Date Served: **March 25, 2008**

Relationship: **co-occupant**

At:   Home address: **13225 Via Grande Court, Saratoga, CA 95070**

Business address:

Or within the judicial district in which the address specified is situated, as enumerated below:

On **March 11, 2008**, at **9:55 p.m.**, I attempted to serve the defendant at the (x) home
( ) business address shown above, but could not serve the defendant personally because:
(x) There was no answer.  ( ) The business was closed.  ( ) I was informed the defendant
Was not in.

On **March 24, 2008**, at **8:55 p.m.**, I attempted to serve the defendant at the (x) home
( ) business address shown above, but could not serve the defendant personally because:
(x) There was no answer.  ( ) The business was closed.  ( ) I was informed the defendant
Was not in.

On **March 25, 2008**, at **1:35 p.m.**, I attempted to serve the defendant at the (x) home
( ) business address shown above, but could not serve the defendant personally because:
( ) There was no answer.  ( ) The business was closed.  (x) I was informed the defendant
Was not in.

I talked with, explained the general nature of the papers to, and left the papers with **Jane Doe** who is over the age of eighteen years and ( ) a person apparently in charge (x) a competent member of the household. I asked that they be given to the defendant.

Date of mailing, first class postage prepaid: **March 25, 2008**

The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on **March 26, 2008** at San Jose, California.

Santa Clara County, Registration #1002
**County Process Service Inc.**
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070  Fax 297-6160

Michael R. Mezzetti

MICHAEL MEZZETTI
SANTA CLARA COUNTY #1002

**Exhibit 2**

# Greg Charles

| | |
|---|---|
| **From:** | Matthew Rafat [willworkforjustice@yahoo.com] |
| **Sent:** | Tuesday, May 06, 2008 3:41 PM |
| **To:** | Greg Charles; 'Jefferson Stamp' |
| **Subject:** | RE: Remand |

Mr. Charles:

I want to ensure that you understand that the original notice of removal cited the PSLRA, a federal statute, as the basis for removal.  As stated in the papers filed today by defendants, it appears that the California Corporations Code may have a lower pleading standard than is allowed when suing on behalf of shareholders.

With respect to diversity jurisdiction, defendants included that basis as a secondary item when realizing that a Japanese Corporation was added to the Complaint.

On a moving forward basis, if you continue to refuse to do what you promised on May 1, 2008 and not sign and return to me the stipulation and proposed order I have drafted and emailed you, your motion to remand must focus on securities law.  More specifically, it must refute defendants' basis for subject matter jurisdiction under federal law.  TVIA is alleging shareholder diminution in stock price value, and the PSLRA and securities law appear to pre-empt such claims when Plaintiff alleges insider trading that affects the public marketplace and public shareholders.  I do not contest that defendants lack diversity jurisdiction.

You raised an issue of a lack of signature.  I am unclear which notice I did not sign.  In federal court, documents are typically e-filed with an e-signature.  In any case, chambers copies are usually sent with a written signature, which is what I have been doing in this case. I hope that clears that issue so we can focus on federal securities pre-emption.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If you have received this communication in error, please notify me immediately by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship and should not create an expectation of an attorney-client relationship in the future.  An attorney-client relationship is formed with me only when you and I sign a written contract.