1  GREGORY CHARLES, ESQ., BAR NO. 208583
   CAMPEAU GOODSELL SMITH
2  440 North First Street, Ste. 100
   San Jose, California 95112
3  Telephone: 408.295.9555
   Facsimile: 408.852.0233
4  gcharles@campeaulaw.com

5  *Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. | Case No. 08-cv-01908-SC |
| Plaintiff, | **[PROPOSED] ORDER REMANDING THE CASE TO THE SUPERIOR COURT** |
| vs. | Judge: Hon. Samuel Conti |
| BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Hearing: July 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 1 |

This matter came before the Court of a Motion to Remand this case to the Superior Court for the State of California, Santa Clara County by Plaintiff Tvia, Inc. ("Tvia").

FINDINGS OF FACT

1. Defendants Silva, Wang, and McKee removed this case from the Superior Court for the State of California on April 9, 2008 citing "Diversity Jurisdiction and Preemption Under Securities Laws" as a bases for subject matter jurisdiction;

2. Tvia and at least three of the Defendants are residents of the State of California;

3. The First Amended Complaint, which the Defendants did not attach to the Notice of Removal, only asserts causes of action arising under state law;

4. Only three of the Defendants joined in the Notice of Removal;

ORDER
1

5. The Defendants did not attach "all process, pleadings, and orders" served on the Defendants to the Notice of Removal; and

6. The Defendants were served with process more than 30 days ago. Therefore, the time to correct the technical defects noted herein has lapsed. The substantive considerations, however, cannot be corrected.

ORDER

Accordingly, this Court finds that the Notice of Removal was technically defective, and it does not have subject matter jurisdiction over this proceeding. Therefore, the Motion to Remand this case is GRANTED, and this matter is remanded to the Superior Court for the State of California, County of Santa Clara, Case No. 1-08-CV-104728. The Clerk shall mail a certified copy of this order to the Clerk of the Superior Court.

IT IS SO ORDERED.

Dated: _____    _____
                                Hon. Samuel Conti
                                United States District Judge