GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>       Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**Certificate of Service**<br><br>Judge: Hon. Samuel Conti<br>Hearing: July 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 1 |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail.

On May 8, 2008, I caused to be served the following:

    1. **[PROPOSED] ORDER REMANDING THE CASE TO THE SUPERIOR COURT;**

    2. **DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF MOTION TO REMAND;**

    3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT MOTION TO REMAND; AND**

    4. **NOTICE OF MOTION AND MOTION TO REMAND**

1  **[X ] BY ELECTRONIC MAIL** on the following individuals via U.S. District Court,

2  Northern District of California Electronic Filing:

3      Matthew Rafat
    P.O. Box 111351
4      Campbell, CA 95011-1351
    408-871-2899
5      willworkforjustice@yahoo.com

6      I declare that I am employed in the office of a member of the Bar of this Court at whose

7  direction the service was made, and that this declaration was executed May 08, 2008 in San Jose,

8  California.

                                       /s/ Tracy Thorsen
                                       Tracy Thorsen

Campeau Goodsell Smith
A Law Corporation
San Jose, California