1  GREGORY CHARLES, ESQ., BAR NO. 208583
   CAMPEAU GOODSELL SMITH
2  440 North First Street, Ste. 100
   San Jose, California 95112
3  Telephone: 408.295.9555
   Facsimile: 408.852.0233
4  gcharles@campeaulaw.com

5  *Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. ) | Case No. 08-cv-01908-SC |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| BENJAMIN SILVA, TSU HSIEN ) | |
| "STEVE" WANG, MATTHEW MCKEE, ) | |
| DIANE BJORKSTROM ) | |
| MICHAEL BUTTRICK, YK SYNNET, A ) | |
| JAPANESE CORPORATION AND DOES ) | |
| 1 TO 100, INCLUSIVE ) | |
| ) | |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail and U.S. Mail.

On June 20, 2008 I caused to be served the following:

1. **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS;**

2. **MOTION TO STRIKE DECLARATION OF MATTHEW RAFAT (DOC. NO. 6)**; and

3. **[PROPOSED] ORDER GRANTNG MOTION TO STRIKE DECLARATION OF MATTHEW RAFAT (DOC. NO. 6)**

**[X] BY ELECTRONIC MAIL** on the following individuals via U.S. District Court, Northern District of California Electronic Filing:

>Matthew Rafat
>P.O. Box 111351
>Campbell, CA 95011-1351
>408-871-2899
>willworkforjustice@yahoo.com

**[X] BY ELECTRONIC MAIL and U.S. MAIL** on the following individuals:

>D. Brad Jones
>Needham, Davis, Kepner & Young, LLP
>1960 The Alameda, Suite 210
>San Jose, CA 95126
>BJones@ndkylaw.com

>And

>Stephanie O. Sparks
>Hoge, Fenton, Jones & Appel, Inc.
>60 South Market Street
>Suite 1400
>San Jose, CA 95113-2396
>SOS@hogefenton.com

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that this declaration was executed June 20, 2008 in San Jose, California.

>/s/ Jeff Goodsell
>Jeff Goodsell