GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**MOTION TO STRIKE DECLARATION OF MATTHEW RAFAT (DOC. NO. 6)**<br><br>Judge: Hon. Samuel Conti<br><br>Hearing: July 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 1 |

**MOTION**

Tvia, Inc. ("Tvia") hereby moves to strike the Declaration of Matthew Rafat which follows "Defendants' Silva, McKee, and Wang's 12(b)(6) Motion (Doc. No 6). This motion is predicated upon the following considerations:

1. Silva, Wang, and McKee ("Defendants") removed this case from the Superior Court for the State of California on April 9, 2008.

2. The Defendants filed a Motion to Dismiss ("Motion") on April 25, 2008 (Doc. Nos. 6-7) pursuant to Fed. R. Civ. Pro. ("Rule") 12(b)(6).

3. Since a motion pursuant to Rule 12(b)(6) tests the sufficiency of a complaint, extraneous materials cannot be considered by the Court.

MOTION TO STRIKE
1

**POINTS AND AUTHORITIES**

A motion to dismiss under Rule 12(b)(6) tests the legal sufficiency of the claims alleged in the complaint. *Parks Sch. of Business v. Symington*, 51 F.3rd 1480, 1484 (9th Cir.1995). Courts do not look outside the pleadings, including any attachments thereto, in deciding a motion to dismiss. *United States v. LSL Biotechs.*, 379 F.3d 672 (9th Cir.2004). Here, Counsel for the Defendants attached a percipient declaration of Counsel to the Defendants' Points and Authorities. Consequently, the declaration should be stricken pursuant to Rule 12(d)(1).

Dated: June 20, 2008                    CAMPEAU GOODSELL SMITH
                                        A Law Corporation


                                        By:   /Gregory J. Charles
                                              GREGORY J. CHARLES
                                              Attorneys for Plaintiff