1  G<small>REGORY</small> C<small>HARLES</small>, E<small>SQ</small>., B<small>AR</small> N<small>O</small>. 208583
   C<small>AMPEAU</small> G<small>OODSELL</small> S<small>MITH</small>
2  440 North First Street, Ste. 100
   San Jose, California 95112
3  Telephone: 408.295.9555
   Facsimile: 408.852.0233
4  gcharles@campeaulaw.com

5  *Counsel for Tvia, Inc.*

                    UNITED STATES DISTRICT COURT

                    NORTHEN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. | Case No. 08-cv-01908-SC |
| Plaintiff, | **[PROPOSED] ORDER GRANTNG MOTION TO STRIKE DECLARATION OF MATTHEW RAFAT (DOC. NO. 6)** |
| vs. | Judge: Hon. Samuel Conti |
| BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Hearing: July 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 1 |

Tvia, Inc. ("Tvia") hereby moves to strike the Declaration of Matthew Rafat which follows "Defendants' Silva, McKee, and Wang's 12(b)(6) Motion" (Doc. No 6). Courts do not look outside the pleadings in deciding a motion to dismiss. *United States v. LSL Biotechs*, 379 F.3d 672 (9th Cir.2004). Here, Counsel for the Defendants attached his percipient declaration to the Defendants' Points and Authorities.

Accordingly, the Motion to Strike is GRANTED, and the Declaration of Matthew Rafat is stricken pursuant to Rule 12(d)(1).

Dated:_____

                                          _____
                                          Hon. Samuel Conti
                                          United States District