MATTHEW RAFAT (SBN 221577)
PO Box 111351
Campbell, CA 95011-1351
408-871-2899

Attorney for Defendants
Benjamin Silva, Matthew McKee,
and Tsu Hsien "Steve" Wang

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, an individual TSU HSIEN "STEVE WANG", an individual; MATTHEW MCKEE, an individual; DIANE BJORKSTROM, an individual; MICHAEL BUTTRICK, an individual; YK SYNNET, a Japanese Corporation; AND DOES 1 to 50, inclusive,<br><br>  Defendants. | CASE NO: C 08 01908 SC<br><br>MATTHEW RAFAT'S DECLARATION IN SUPPORT OF DEFENDANTS' SILVA, MCKEE, AND WANG's OPPOSITION TO PLAINTIFF TVIA'S MOTION FOR SANCTIONS |

The undersigned, Matthew Rafat, being first duly sworn, declares as follows:

1. I am over 18 years old, am competent to testify, am basing my statements on personal knowledge, and if called to testify, I will do so willingly.

2. My mailing address is PO Box 111351, Campbell, CA 95011-1351. My office is located at 28 N 1st St., Suite 305, San Jose, CA 95113. I represent Mr. McKee, Wang, and Silva.

3. Attached as Exhibit 1 are true and accurate copies of all emails cited in Defendant's Opposition to Plaintiff's Motion for Sanctions. All emails attached in Exhibit 1 are true and accurate copies of emails exchanged between Mr. Gregory Charles, Jefferson Stamp, and myself from May 1, 2008 to May 6, 2008.

1

Rafat's Dec in Opposition to Plaintiff's Motion for Sanctions                                                TVIA, Inc. v. Silva., et al.

4. Attached as Exhibit 2 is a true and accurate copy of Mr. Steve Wang's declaration in a state case where Plaintiff sued him as well as my other clients. This case involved 14 motions and 219 filings and is set for trial on September 15, 2008. Mr. Gregory Charles and Mr. Jefferson Stamp have requested thousands of dollars of sanctions against my clients and my firm in state court, but the state court has not awarded any sanctions requested by them.

5. This Court would be the first Court to grant Plaintiff or their counsels any request for sanctions as of June 19, 2008. This Court would also be the first Court to ever enforce written sanctions against my firm.

6. Mr. Jefferson Stamp violated the spirit of California Code of Civil Procedure Section 430.90(a) by refusing to provide a hearing date for Defendants' demurrer (See Exhibit 1, Jefferson Stamp's email dated May 5, 2008 at 11:41AM).

7. Mr. Jefferson Stamp has a pattern of violating court rules. Recently, Mr. Stamp appears to have violated a state court order expressly barring him from attempting to view Defendants' personal records. On February 14, 2008, Judge Manoukian of Santa Clara County Superior Court entered an order barring Plaintiff's in-house counsel from viewing Defendants' personal records. See true and accurate copy of Court Order, attached as Exhibit 3: "limited to attorneys' of record, not including in-house counsel." During the *ex parte* hearing, Judge Manoukian told Plaintiff's counsel he had intended in a prior order to prevent in-house counsel Jeff Stamp from viewing any of Defendants' personal records.

8. On, June 13, 2008, Jefferson Stamp signed and sent a subpoena to California Pacific Bank asking for "Any and all documents relating, referring or pertaining to Qibee, Inc." See Exhibit 4, attached, for true and accurate copy of subpoena. Plaintiff's case in state courts alleges a conspiracy between defendants and Qibee, but testimony of Plaintiff's own

2

Rafat's Dec in Opposition to Plaintiff's Motion for Sanctions                                TVIA, Inc. v. Silva., et al.

business partners establishes that Plaintiff lost no money as a result of any alleged transaction with Qibee.

9. If Plaintiff's case relies upon an assumption that my clients engaged in a "conspiracy" with another company involving Qibee, Mr. Stamp should have carved out an exception to his subpoena to ensure compliance with a court order and failed to do so.

10. Plaintiff and its counsels never mailed or emailed their Motion for Sanctions to Defendants or my firm 21 days prior to filing it. They violated the safe harbor provisions of Rule 11.

11. My firm has spent in excess of twenty hours drafting oppositions and declarations to Plaintiff's Motions. My clients are being charged at a rate of 190/hr. They owe $3,800. Defendants and I believe accepted Mr. Charles' offer to voluntarily remand to state court and were still faced with numerous motions, some of which were filed improperly (e.g., no safe harbor, etc). Due to Plaintiff's reneging of its original offer on May 1, 2008, my clients have had to spend $3,800 in fees. We request that they be reimbursed for these fees by order of the Court.

12. At no point in time did either Mr. Gregory Charles or Mr. Jefferson Stamp provide me with a stipulation they drafted or desired.

13. I am a graduate of Santa Clara Law School and take my obligations to adhere to the principles of "compassion, competence, and conscience" seriously. I am on the Consumer Affairs Advisory Commission for Santa Clara County and was a volunteer Supervising Attorney for the Katharine & George Alexander Community Law Center, which provides pro bono advice and representation. I have intended to act in bad faith in any cases in which my firm is involved.

The undersigned hereby declares under penalty of perjury that the foregoing is true and correct under the laws of the State of California and executes this Declaration on June 20, 2008 in San Jose, CA.

Dated: June 20, 2008                                              /sd/ Matthew Rafat

3

Rafat's Dec in Opposition to Plaintiff's Motion for Sanctions                          TVIA, Inc. v. Silva., et al.

I declare that:

I am and was at the time of service of the papers herein a resident of the State of California and over the age of eighteen years and am not a party to this action; my business address is PO Box 111351, Campbell, California 95011.  On **June 20, 2008**, I caused to be served the following document(s):

1. MATTHEW RAFAT'S DECLARATION IN SUPPORT OF DEFENDANTS' SILVA, MCKEE, AND WANG's OPPOSITION TO PLAINTIFF TVIA'S MOTION FOR SANCTIONS

[X] **BY EMAIL**

Stephanie O. Sparks
60 South Market Street, Suite 1400
San Jose, CA  95113-2396
SOS@hogefenton.com

Brad Jones, Esq.
Needham, Davis, Kepner & Young, LLP
1960 THE ALAMEDA STE 210
SAN JOSE CA  95126-1451
bjones@ndkylaw.com

[X]    **BY E-FILING**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **June 20, 2008** at San Jose, California.


/sd/ Matthew Rafat
Matthew Rafat

4

Rafat's Dec in Opposition to Plaintiff's Motion for Sanctions                                                                                              TVIA, Inc. v. Silva., et al.