# EXHIBIT 1



### Tvia v. Silva

**From:** "Greg Charles" <gcharles@campeaulaw.com>
**To:** "'Matthew Rafat'" <willworkforjustice@yahoo.com>
**Cc:** "'Jeff Stamp'" <jstamp@tvia.com>

Thursday, May 1, 2008 5:47 PM

Mr. Rafat

I am enrolling as counsel of record in the above referenced matter. I write for several reasons. Initially your notice of removal is defective and reflects a disregard of both procedural and substantive requirements for removal . Unless you stipulate to a remand, we will be forced to file a motion which will subject you to costs and attorneys fees.

If you are unwilling to stipulate to remand, then I ask that you agree to continue your motion to dismiss until the remand motion is adjudicated. We can file the motion next week. When the court notices a lack of subject matter jurisdiction, it has no authority to dismiss the case 16-107 Moore's Federal Practice - Civil § 107.41.

If we no do not hear from you by noon on Monday, May 5, 2008, we will assume that you refuse to continue the motion to dismiss, and we will file a motion pursuant to LR 6-3 and 7-11. In that event, we will include in our request for fees the time associated with the aforementioned motion.

Gregory J. Charles, Esq.
Campeau Goodsell Smith
A Law Corporation
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 852-0233
gcharles@campeaulaw.com



### Re: Tvia v. Silva

**From:** "Matthew Rafat" <willworkforjustice@yahoo.com>
**To:** "Greg Charles" <gcharles@campeaulaw.com>
**Cc:** jtstamp2002@yahoo.com

Thursday, May 1, 2008 8:04 PM

Mr. Charles:

I have spoken with my clients. We are amenable to
voluntarily remanding this action to state court and
filing a demurrer. Therefore, we will remand this
action. However, at this time, Jeff Stamp is counsel
of record, so I will deal with him directly.

Defendants will voluntarily remand this action back to
state court, and of course, since no filings have
occurred, TVIA is not entitled to any attorneys' fees
or costs.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t 408 871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of
the recipient(s) named above. This message may be an attorney-client communication and as such is
privileged and confidential. If you have received this communication in error, please notify me immediately
by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT
provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship
and should not create an expectation of an attorney-client relationship in the future. An attorney-client
relationship is formed with me only when you and I sign a written contract.



---

**RE: Tvia v. Silva**                                                      Friday, May 2, 2008 11:30 AM

   **From:** "Matthew Rafat" <willworkforjustice@yahoo.com>
     **To:** "Greg Charles" <gcharles@campeaulaw.com>
           VoluntaryRemand2.pdf (15KB)

---

Mr. Charles:

I am happy to sign anything you want; however, I have
already requested that the judge remand the case
voluntarily. All papers were e-filed last night. Mr.
Stamp, who is counsel of record, has copies of all
filings, including the proposed order to remand back
to state court.

It seems that the appropriate action for Mr. Stamp,
who is attorney of record, to take is to e-file a
non-opposition to my request to remand back to state
court. Then, my clients will file a demurrer in state
court. I hope this resolves all outstanding issues.
I am merely waiting for the judge to sign off on the
order so we can go back to state court. Once Mr.
Stamp files a non-opposition to the proposed order,
the judge will most likely sign the proposed order,
and defendants will file a demurrer in state court.

I note again that Mr. Stamp is attorney of record, so
he should be the one to file a non-opposition.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.ratatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of
the recipient(s) named above. This message may be an attorney-client communication and as such is
privileged and confidential. If you have received this communication in error, please notify me immediately
by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT
provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship
and should not create an expectation of an attorney-client relationship in the future. An attorney-client
relationship is formed with me only when you and I sign a written contract.



**YAHOO!** MAIL
Classic

### RE: Tvia v. Silva                                          Friday, May 2, 2008 10:35 AM

**From:** "Greg Charles" <gcharles@campeaulaw.com>
**To:** "'Matthew Rafat'" <willworkforjustice@yahoo.com>
**Cc:** "'Jeff Stamp'" <jstamp@tvia.com>
     20080502 to Rafat.pdf (122KB)

Please see attached.

-----Original Message-----
From: Matthew Rafat [mailto:willworkforjustice@yahoo.com]
Sent: Thursday, May 01, 2008 8:05 PM
To: Greg Charles
Cc: jtstamp2002@yahoo.com
Subject: Re: Tvia v. Silva

Mr. Charles:

I have spoken with my clients. We are amenable to
voluntarily remanding this action to state court and
filing a demurrer. Therefore, we will remand this
action. However, at this time, Jeff Stamp is counsel
of record, so I will deal with him directly.

Defendants will voluntarily remand this action back to
state court, and of course, since no filings have
occurred, TVIA is not entitled to any attorneys' fees
or costs.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. This message
may be an attorney-client communication and as such is privileged and
confidential. If you have received this communication in error, please
notify me immediately by e-mail and delete the original message. Please note
that The Law Office of Matthew Rafat does NOT provide any tax advice.

If you have not signed a fee agreement with me, this email does not
constitute an attorney-client relationship and should not create an
expectation of an attorney-client relationship in the future. An
attorney-client relationship is formed with me only when you and I sign a
written contract.

1 | MATTHEW RAFAT (SBN 221577)
PO Box 111351
2 | Campbell, CA 95011-1351
408-871-2899
3 |

4 | Attorney for Defendants
Benjamin Silva, Matthew McKee,
5 | and Tsu Hsien "Steve" Wang

6 |

7 |                    NORTHERN DISTRICT OF CALIFORNIA

8 |                          SAN FRANCISCO DIVISION

9 | TVIA, INC., a Delaware Corporation,          CASE NO: C 08 01908 SC

10 |         Plaintiff,

11 |                                              [PROPOSED] ORDER REMANDING
    | vs.                                        ACTION TO STATE COURT

12 |
    | BENJAMIN SILVA, an individual TSU
13 | HSIEN "STEVE WANG", an individual;
    | MATTHEW MCKEE, an individual;
14 | DIANE BJORKSTROM, an individual;
    | MICHAEL BUTTRICK, an individual;
15 | YK SYNNET, a Japanese Corporation;
    | AND DOES 1 to 50, inclusive,
16 |
    |         Defendants.
17 |

18 |         WHEREAS PLAINTIFF's counsel has communicated to DEFENDANTS' counsel on May 1,

19 | 2008, a request to voluntarily remand to state court;

20 |         WHEREAS DEFENDANTS have agreed to remand this action back to state court;

21 |
    |         IT IS ORDERED that this case be remanded to Santa Clara County Superior Court, where
22 |
23 | DEFENDANTS will file a demurrer or an answer to the Complaint and that no further action be taken

24 | by this Court. Each side is to bear his/her/its attorneys' fees and costs

25 |

26 | Dated: _____
    |                                              _____
27 |                                              HON. JUDGE CONTI

28 |
                                          1
    Order                                                        TVIA, Inc. v. Silva, et al.

05/13/2008  09:34    4082953391                    RAFAT LAW                                    PAGE    07

RE: Tvia v. Silva - Y...Case 3:08-cv-01908-SC    Document 38ttp://...ited 05/20/2008om/...show Message?fid=Inbox&sort=...



**RE: Tvia v. Silva**                                                                    Friday, May 2, 2008 1:32 PM

From: "Greg Charles" <gcharles@campeaulaw.com>
  To: "'Matthew Rafat'" <willworkforjustice@yahoo.com>

Thank You.

-----Original Message-----
From: Matthew Rafat [mailto:willworkforjustice@yahoo.com]
Sent: Friday, May 02, 2008 11:31 AM
To: Greg Charles
Subject: RE: Tvia v. Silva

Mr. Charles:

I am happy to sign anything you want; however, I have already requested that
the judge remand the case voluntarily. All papers were e-filed last night.
Mr.
Stamp, who is counsel of record, has copies of all filings, including the
proposed order to remand back to state court.

It seems that the appropriate action for Mr. Stamp, who is attorney of
record, to take is to e-file a non-opposition to my request to remand back
to state court. Then, my clients will file a demurrer in state court. I
hope this resolves all outstanding issues.
I am merely waiting for the judge to sign off on the order so we can go back
to state court. Once Mr.
Stamp files a non-opposition to the proposed order, the judge will most
likely sign the proposed order, and defendants will file a demurrer in state
court.

I note again that Mr. Stamp is attorney of record, so he should be the one
to file a non-opposition.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
f-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. This message
may be an attorney-client communication and as such is privileged and
confidential. If you have received this communication in error, please
notify me immediately by e-mail and delete the original message. Please note
that The Law Office of Matthew Rafat does NOT provide any tax advice.

If you have not signed a fee agreement with me, this email does not



### Re: Demurrer

**From:** "Matthew Rafat" <willworkforjustice@yahoo.com>
**To:** "Jefferson Stamp" <jtstamp2002@yahoo.com>
**Cc:** gcharles@campeaulaw.com

Monday, May 5, 2008 12:12 PM

Who is going to sign the stip to remand to state
court?

Mr. Stamp is the attorney of record in the insider
trading case. If Mr. Charles wants to sign for him,
that's fine by me. Once I receive the signed
stipulation in the mail, I'll sign it and then send it
to the judge.

I haven't heard of any dates where either one of you
are unavailable from June 17, 2008 or any Tuesdays and
Thursdays thereafter for Defendants' state court
demurrer. Let me know by 5PM today if there are any
conflicts so we can reserve a date for the demurrer.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of
the recipient(s) named above. This message may be an attorney-client communication and as such is
privileged and confidential. If you have received this communication in error, please notify me immediately
by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT
provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship
and should not create an expectation of an attorney-client relationship in the future. An attorney-client
relationship is formed with me only when you and I sign a written contract.



**Re: Demurrer**                                                                Monday, May 5, 2008 11:41 AM

**From:** "Jefferson Stamp" <jtstamp2002@yahoo.com>
   **To:** "Matthew Rafat" <willworkforjustice@yahoo.com>
   **Cc:** gcharles@campeaulaw.com

Dear Mr. Rafat,
It is inappropriate to schedule a motion in the state court action while the case is still pending in federal
court. Also, your refusal to copy Mr. Charles on your request to clear dates also constitutes a violation of
the court's rules. You know very well that Mr. Charles is representing Tvia with regard to the Insider Trading
action, and you are obligated to clear dates with him as well.
Sincerely,
Jeff Stamp


----- Original Message ----
From: Matthew Rafat <willworkforjustice@yahoo.com>
To: Jefferson Stamp <jtstamp2002@yahoo.com>
Sent: Monday, May 5, 2008 10:52:12 AM
Subject: Re: Demurrer

This is an issue relating to the federal court action
(stock sales, insider trading). You are the attorney
of record. I've copied Mr. Charles on the last email
as a matter of courtesy.

Once the federal complaint is remanded to state court,
I am going to file a demurrer. Please let me know by
May 6, 2008 if you are unavailable on June 17 or any
Tuesday or Thursday after that date. Thank you.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above. This message may be an attorney-client communication and as such is privileged
and confidential. If you have received this communication in error, please notify me immediately by e-mail
and delete the original message. Please note that The Law Office of Matthew Rafat does NOT provide any
tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship
and should not create an expectation of an attorney-client relationship in the future. An attorney-client
relationship is formed with me only when you and I sign a written contract.

05/13/2008  09:34    4082953391                    RAFAT LAW                              PAGE  10

Re: Demurrer - Yahoo! Mail   Case 3:08-cv-01908-SC    Document 38    Filed 06/20/2008    Page 10 of 27    fid=Inbox&sort=d...

Be a better friend, newshound, and
know-it-all with Yahoo! Mobile.  Try it now.   http://mobile.yahoo.com/;  ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ



### RE: Demurrer

Tuesday, May 6, 2008 6:29 AM

**From:** "Greg Charles" <gcharles@campeaulaw.com>
**To:** "'Matthew Rafat'" <willworkforjustice@yahoo.com>, "'Jefferson Stamp'" <jtstamp2002@yahoo.com>

Mr. Rafat:

We are tired of your constant posturing. We will not agree to a remand order with any conditions regarding attorney's fees or deadlines in state court. My client has now incurred over a $1,000.00 in fees dealing with your patently improper file your own motion to remand or send us a stipulation without conditions and a check made payable to Tvia for $1,000.00. Absent this, we will go forward with a motion to remand and a motion for sanctions which will involve significantly more attorney's fees.

-----Original Message-----
From: Matthew Rafat [mailto:willworkforjustice@yahoo.com]
Sent: Monday, May 05, 2008 12:12 PM
To: Jefferson Stamp
Cc: gcharles@campeaulaw.com
Subject: Re: Demurrer

Who is going to sign the stip to remand to state court?

Mr. Stamp is the attorney of record in the insider trading case. If Mr. Charles wants to sign for him, that's fine by me. Once I receive the signed stipulation in the mail, I'll sign it and then send it to the judge.

I haven't heard of any dates where either one of you are unavailable from June 17, 2008 or any Tuesdays and Thursdays thereafter for Defendants' state court demurrer. Let me know by 5PM today if there are any conflicts so we can reserve a date for the demurrer.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If you have received this communication in error, please



## Notice of Intent to File for Attorneys' Fees Unless Signed Stipulation is Received by May 5

Tuesday, May 6, 2008 9:31 AM

**From:** "Matthew Rafat" <willworkforjustice@yahoo.com>

**To:** "Greg Charles" <gcharles@campeaulaw.com>, "'Jefferson Stamp'" <jtstamp2002@yahoo.com>

Mr. Charles:

It appears you are changing your stance. The same day you sent your first email asking my firm to remove the case to state court, I filed a notice of intent to remand.

I know TVIA's in-house counsel, Jeff Stamp, has a history of filing frivolous litigation and making frivolous motions, but I don't believe a federal judge is going to grant any attorneys' fees or costs when my firm has cooperated with you fully.

On the same day you requested that I stipulate to a remand "OR" be faced with attorneys' fees and costs, I agreed to it. Your initial email was an offer to avoid attorneys' fees by agreeing to a stipulation. I did so within a few hours.

I hope you will not follow Mr. Stamp's pattern of filing frivolous motions, but I cannot stop you from reneging on your initial offer. However, if I am forced to file a motion rather than a stipulation to remand, my clients will ask for attorneys' fees and costs under the court's inherent power to sanction attorneys for bad faith conduct, including but not limited to Rule 11 sanctions. I note that your last email expressly violates your earlier offer, despite my firm's good faith. In addition, it does not cost "$1,000" to write one email to opposing counsel asking him to remand or be faced with a motion. Such bad faith conduct tarnishes TVIA's reputation as well as its' lawyers' reputations. If I have to file a motion to remand this case after you offered me a stipulation, the motion will include a history of the case and specifically state TVIA's history of bad faith conduct. Because Mr. Stamp is still attorney of record, I will request sanctions against Mr. Charles as well as Mr. Stamp.

Please let me know by 12PM on May 5, 2008, whether you will sign the proposed stipulation, which was sent to you in good faith and in reliance on your May 1, 2008 email asking that my firm remand the case to state

court.  Thank you.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of
the recipient(s) named above. This message may be an attorney-client communication and as such is
privileged and confidential. If you have received this communication in error, please notify me immediately
by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT
provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship
and should not create an expectation of an attorney-client relationship in the future.  An attorney-client
relationship is formed with me only when you and I sign a written contract.



---

### RE: Notice of Intent to File for Attorneys' Fees Unless Signed Stipulation is Received by May 5

Tuesday, May 6, 2008 1:25 PM

**From:** "Greg Charles" <gcharles@campeaulaw.com>

**To:** "Matthew Rafat'" <willworkforjustice@yahoo.com>, "'Jefferson Stamp'" <jtstamp2002@yahoo.com>

---

Mr Rafat:

You have only agreed to remand the case if Tvia waives its claim for attorney's fees and add a provision to the order regarding the ability to file a demurrer. Tvia never offered to remand the case on those terms and your antics caused my client to incur additional fees. Further, the order that you submitted to the court contains both provisions. Your continued gamesmanship is only increasing the amount of attorney's fees that Tvia will seek from you and your clients

Although I told you how to continue the hearing on your motion to dismiss on May 2, 2008, your "Notice of Intent to Remand to State Court and Request for Stay of All Federal Court Proceedings" did not remove the Motion Dismiss from the Docket. Even if it could be considered and administrative motion, which it is not, you did not submit an order continuing the hearing.  Thus, Tvia had to file a motion to continue the hearing.  It will seek fees associated with this motion.

I note that Tvia's motion to remand is due this Friday. I suggest that you immediately file a motion to remand the case and properly notice it for hearing.  If Tvia is forced to file a motion to remand, it will also seek these fees from you and your clients.

Gregory J. Charles, Esq.
Campeau Goodsell Smith
A Law Corporation
440 North First Street, Ste. 100
San Jose, California  95112
Telephone: (408) 295-9555
Facsimile: (408) 852-0233
gcharles@campeaulaw.com

-----Original Message-----
From: Matthew Rafat [mailto:willworkforjustice@yahoo.com]
Sent: Tuesday, May 06, 2008 9:32 AM
To: Greg Charles; 'Jefferson Stamp'
Subject: Notice of Intent to File for Attorneys' Fees Unless Signed Stipulation is Received by May 5

Mr. Charles:

RE: Notice of Intent to File for Attorneys Fees Unless Signed Stipulation is Received by May 5 ... http://us.f...e...o.../2008m/mPslg...Message?fid=Inbox&sort=...



---

**RE: Notice of Intent to File for Attorneys' Fees Unless Signed Stipulation is Received by May 5**

Tuesday, May 6, 2008 1:46 PM

**From:** "Matthew Rafat" <willworkforjustice@yahoo.com>

**To:** "Greg Charles" <gcharles@campeaulaw.com>, "'Jefferson Stamp'"
<ltstamp2002@yahoo.com>

---

Mr. Charles:

If you have case law and/or a statute that indicates a
party cannot file a demurrer after a federal court
remands a case to state court, where no party has
filed a responsive pleading, please let me know, and I
will agree to file an answer.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-871-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of
the recipient(s) named above. This message may be an attorney-client communication and as such is
privileged and confidential. If you have received this communication in error, please notify me immediately
by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT
provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship
and should not create an expectation of an attorney-client relationship in the future. An attorney-client
relationship is formed with me only when you and I sign a written contract.



### RE: Remand                                              Tuesday, May 6, 2008 3:40 PM

**From:** "Matthew Rafat" <willworkforjustice@yahoo.com>
**To:** "Greg Charles" <gcharles@campeaulaw.com>, "'Jefferson Stamp'" <jtstamp2002@yahoo.com>

Mr. Charles:

I want to ensure that you understand that the original
notice of removal cited the PSLRA, a federal statute,
as the basis for removal. As stated in the papers
filed today by defendants, it appears that the
California Corporations Code may have a lower pleading
standard than is allowed when suing on behalf of
shareholders.

With respect to diversity jurisdiction, defendants
included that basis as a secondary item when realizing
that a Japanese Corporation was added to the
Complaint.

On a moving forward basis, if you continue to refuse
to do what you promised on May 1, 2008 and not sign
and return to me the stipulation and proposed order I
have drafted and emailed you, your motion to remand
must focus on securities law. More specifically, it
must refute defendants' basis for subject matter
jurisdiction under federal law. TVIA is alleging
shareholder diminution in stock price value, and the
PSLRA and securities law appear to pre-empt such
claims when Plaintiff alleges insider trading that
affects the public marketplace and public
shareholders. I do not contest that defendants lack
diversity jurisdiction.

You raised an issue of a lack of signature. I am
unclear which notice I did not sign. In federal
court, documents are typically e-filed with an
e-signature. In any case, chambers copies are usually
sent with a written signature, which is what I have
been doing in this case. I hope that clears that issue
so we can focus on federal securities pre-emption.

Sincerely,
Matthew Mehdi Rafat, Esq.
PO Box 111351
Campbell, CA 95011
t-408-295-3367
t-408-071-2899
www.rafatlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If you have received this communication in error, please notify me immediately by e-mail and delete the original message. Please note that The Law Office of Matthew Rafat does NOT provide any tax advice.

If you have not signed a fee agreement with me, this email does not constitute an attorney-client relationship and should not create an expectation of an attorney-client relationship in the future. An attorney-client relationship is formed with me only when you and I sign a written contract.

# EXHIBIT 2

The undersigned, TZU HSIEN "STEVEN" WANG, being first duly sworn, declares as follows:

1.      I am over 18 years old, am competent to testify, am basing my statements on personal knowledge, and if called to testify, I will do so willingly.

2.      Although I have a local address in the caption, that address is not my current location. I am currently in China. I have not authorized anyone to accept service on my behalf locally.

3.      At no time have I been served with either a summons or complaint in the above-captioned action. No one representing themselves as an agent of plaintiff has handed me a summons and complaint in this action or mailed the summons and complaint to my home or business address.

4.      I have not authorized anyone to accept service in this case on my behalf.

5.      I found out about the complaint because I had hired and/or consulted with an attorney to defend me in a related matter.

6.      I have no papers in my possession on the above-captioned case.

The undersigned hereby declares under penalty of perjury that the foregoing is true and correct under the laws of the State of California and executes this Declaration on October 2⁷, 2007 in ShenZhen City, GuangDong Province, China.

TZU HSIEN "STEVEN" WANG

# EXHIBIT 3

## ORDER OF THE COURT

Good cause appearing therefore, it is hereby ordered that the following PROTECTIVE
ORDER is the Order of the Court. *

Dated: February 14, 2008

JUDGE OF THE SUPERIOR COURT

* matter appears to be moot as
Judge Murphy has already
offered "AEO" protective order.
this court interprets this as
limited to attorneys of record, not
including in-house clients,

# EXHIBIT 4

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jefferson T. Stamp (SBN 187975)<br>— Attorney at Law<br>15650-A Vineyard Blvd., #146<br>Morgan Hill, CA 95037<br>TELEPHONE NO. (408) 327-8820    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  Plaintiff Tvia, Inc. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SANTA CLARA
STREET ADDRESS:  191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE:  San Jose, CA 95113
BRANCH NAME:

PLAINTIFF/PETITIONER:  TVIA, INC.

DEFENDANT/RESPONDENT:  NBG, et al.

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>1-07-CV-084211 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
CALIFORNIA PACIFIC BANK

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer): Jefferson T. Stamp
On (date) : July 3, 2008                                          At (time): 10:00 a.m.
Location (address): 4001 Burton Drive, Santa Clara, CA 95054

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

   a. [✓] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   See Attachment.

   [✓] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: June 13, 2008

Jefferson T. Stamp
(TYPE OR PRINT NAME)
▶
(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorney at Law
(TITLE)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2007]

(Proof of service on reverse)
**DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS**

Page 1 of 2
Code of Civil Procedure §§ 2020.410–2020.440
Civil Code, § 16(a)(e)
Government Code § 68097.1
www.courtinfo.ca.gov

## Attachment 3

1. Any and all documents relating to any checking accounts, savings accounts, money market accounts or any other accounts, in the name of **Qibee, Inc.**, including without limitation monthly statements, checks, wire transfers, deposits, withdrawals, credit slips, deposit slips, etc.

2. Any and all documents relating to any communications, including without limitation e-mail communications, between **California Pacific Bank** and **Qibee, Inc.**

3. Any and all documents relating, referring or pertaining to **Qibee, Inc.**

| PLAINTIFF/PETITIONER: TVIA, INC. | | SUBP-010 |
| DEFENDANT/RESPONDENT: N#6, et al. | CASE NUMBER: 1-07-CV-684 211 | |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR
## PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served *(name):* June Doe, California Pacific Bank
      Female, Asian, responsible for subpoenas

   b. Address where served: 252 Montgomery Street, Suite 500
      San Francisco, CA 94404

   c. Date of delivery: June 13, 2008

   d. Time of delivery: 1:20 p.m.

   e. (1) ☐ Witness fees were paid.
      Amount: . . . . . . . . . . . . . $ _____
      (2) ☐ Copying fees were paid.
      Amount: . . . . . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date):* June 13, 2008

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☒ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

   Jefferson Stamp
   15650-A Vineyard Blvd #196
   Morgan Hill, CA  95037
   (408) 337-5050

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 13, 2008

▶ _____
            (SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
            (SIGNATURE)

SUBP-010 [Rev. January 1, 2007]

| PLAINTIFF/PETITIONER: TVIA, INC. | | **SUBP-010** |
| --- | --- | --- |
| | CASE NUMBER | |
| DEFENDANT/RESPONDENT: NBG, et al. | 1-07-CV-084211 | |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR
## PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

    a. Person served *(name):* John Doe / Asian male, around 40, appeared to be in charge at Qibee's business address (last known)

    b. Address where served: 3708 El Camino Real
    San Mateo, CA   94403

    c. Date of delivery: June 13, 2008

    d. Time of delivery: 12:30 p.m.

    e. (1) ☐ Witness fees were paid,
        Amount: . . . . . . . . . . . . . . $
      (2) ☐ Copying fees were paid,
        Amount: . . . . . . . . . . . . . $

    f. Fee for service: . . . . . . . . . . . . . . . . . $

2. I received this subpoena for service on *(date):* June 13, 2008

3. Person serving.
    a. ☐ Not a registered California process server.
    b. ☐ California sheriff or marshal.
    c. ☐ Registered California process server.
    d. ☐ Employee or independent contractor of a registered California process server.
    e. ☒ Exempt from registration under Business and Professions Code section 22350(b).
    f. ☐ Registered professional photocopier.
    g. ☐ Exempt from registration under Business and Professions Code section 22451.
    h. Name, address, telephone number, and, if applicable, county of registration and number:

    Jefferson Stamp
    15650-A Vineyard Blvd. #141
    Morgan Hill, CA 95037
    (408) 327-8092

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 13, 2008

▶ _____
    (SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
    (SIGNATURE)

# PROOF OF SERVICE

Case Name:          **Tvia, Inc. v. NBG, LLC, et al.**

Case No.:          1-07-CV-084211

I am a citizen of the United States. My business address is: 15650-A Vineyard Blvd., #146, Morgan Hill, CA 95037. I am over the age of 18 years and not a party to this action.

On June 13, 2008, I served the following document(s) described as:

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS (CALIFORNIA PACIFIC BANK)**

☒ **BY MAIL:** I have a normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number _____ to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility with delivery fees provided for, addressed to the person(s) on whom it is to be served.

The document(s) was/were served on the interested party in this action addressed as follows:

Matthew Rafat
P.O. Box 111351
Campbell, CA 95011-1351

Attorney for Defendants
BENJAMIN SILVA
TZU HSIEN "STEVE" WANG
WEI CHEN

Matthew McKee
1520 Yellowstone Ct.
Rocklin, CA 95011

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 13, 2008 in Santa Clara, California.

_Jefferson T. Stamp_