GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com
*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TVIA, INC.

        Plaintiff,

        vs.

BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 08-cv-01908-SC

**SUPPLEMENAL DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. §§ 1927 AND 1446(a), FRCP 11, AND, LR7-8**

Judge: Hon. Samuel Conti
Hearing: July 11, 2008
Time: 9:00 a.m.
Place: Courtroom 1

I, Gregory J. Charles, declare and say:

I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am a partner in the law firm of Campeau Goodsell Smith which is counsel for Tvia, Inc., ("Tvia"), plaintiff in these proceedings.  This declaration is made on my personal knowledge.  If called as a witness, I would and could competently testify as follows.

1.  I have been practicing law in federal courts since 1992 and have substantial experience.  I am admitted to the following federal courts: United States Supreme Court, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court for the Eastern District of Louisiana, United States District Court for the Western District of Louisiana, Unites Stated District Court for the Middle District of Louisiana, United States District Court for the Eastern District of California, United States District Court for the Northern District of California, United States District Court for the Central District of California, United States District Court for the Southern  District of California, and United States District Court

Campeau Goodsell Smith
A Law Corporation
San Jose, California

1   for the Northern District of Illinois.  I have been admitted to the following courts on a *Pro HacVice*

2   basis: United States District Court for the District of Oregon, United States District Court for the

3   District of Arizona, and United States District Court for the Southern District of New York.

4          2.      My hourly rate in this matter is $350.00 which is commensurate with partner level

5   attorneys that have my experience in this community.

6          3.      Although the Defendants and Mr. Rafat could have resolved this matter on May 2,

7   2008 without resort to expensive motion practice, they imposed impermissible and frivolous

8   conditions upon a stipulation for order of remand.  Given the multiple issues raised by the defective

9   notice, preparation of the motion papers required substantial effort.  Additionally, I had conduct

10  substantial research debunking Mr. Rafat's legal theories that allegedly create subject matter

11  jurisdiction.  The fact that the Defendants and Mr. Rafat made deliberate misstatements of fact to

12  this Court, admit that no case law supports their pre-emption argument, and refused to resolve this

13  matter amicably only increased fees to remand this case.  Each issue needed to be addressed.

14         4.      The following chart details the time to prepare each pleading or communication.  The

15  time was billed at my hourly rate.

| Activity | Time | Fees |
|---|---|---|
| Review of NOR and legal research regarding the defective NOR. | 3.1 | $1,085.00 |
| Drafted correspondence to opposing counsel regarding Defective NOR. | 1.8 | $630.00 |
| Preparation of Administrative Motion, points and authorities, supporting papers, Certificate of Service; and proposed order. | 2.5 | $875.00 |
| Legal research, Preparation of Motion to Remand, points and authorities, supporting papers, Certificate of Service and proposed order. | 3.9 | $1,365.00 |
| Legal research, Preparation of Motion for Sanctions, points and authorities, supporting papers, Certificate of Service and proposed order. | 4.25 | $1,487.50 |
| **Total** | | **$5,442.50** |

*Campeau Goodsell Smith*
*A Law Corporation*
*San Jose, California*

SUPPLEMENTAL DECLARATION OF GREGORY J. CHARLES, ESQ.

5.      The defendants forced Tvia to respond to the merits of the Motion to Dismiss and incur substantial attorney's fees preparing reply papers in support of the Motion to Remand.  Given the numerous misstatements of fact and law, the reply papers relating to the instant motion consumed considerable resources.  The following chart details the attorney's fees incurred by Tvia after filing the Motion to Remand.  Each amount is the product of Counsel's hourly rate multiplied by the time associated with each activity.

| Activity | Fees |
|---|---|
| Review and analysis of Rule 12(b)(6) Motion.  Preparation of opposition papers to motion to dismiss. | $2,100.00 |
| Review and analysis of opposition papers.  Preparation of reply papers regarding Motion to Remand. | $1925.00 |
| Review and analysis of opposition papers.  Preparation of reply papers regarding Motion for Sanctions. | $1,575.00 |
| Preparation of Motion to Strike Declaration in support of 12(b)(6) motion | $350.00 |
| Preparation of Motion to Strike Declaration in opposition to Motion to Remand. | $350.00 |
| **Total** | **$6,300.00** |
| **Grand Total** | **$11,742.50** |

6.      Before incurring any attorney's relating to motion practice, Tvia advised the Defendants in writing that this Court lacked subject matter jurisdiction and Counsel for the Defendants disregarded the removal statute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of June, 2008 at San Jose, California.

    /Gregory J. Charles

Campeau Goodsell Smith
A Law Corporation
San Jose, California