GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**[PROPOSED] ORDER GRANTNG MOTION TO STRIKE DEFENDANTS' SILVA, MCKEE, AND WANG's OPPOSITION TO PLAINTIFF TVIA'S MOTION TO REMAND (DOC. 30) AND DECLARATION OF MATTHEW RAFAT (DOC. NO. 31)**<br><br>Judge: Hon. Samuel Conti<br><br>Hearing: July 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 1 |

Tvia, Inc. ("Tvia") moves to strike the Opposition to Tvia's Motion to Remand (Doc. 30) and the Declaration of Matthew Rafat (Doc. No. 31).

The Defendants concede that diversity jurisdiction is not present. When federal question is cited as a basis of removal, the question "must be disclosed upon the face of the complaint, unaided by the answer or by the petition for removal." *Gully v. First Nat'l Bank in Meridian*, 299 U.S. 109, 112-13, 81 L. Ed. 70, 57 S. Ct. 96 (1936).

Accordingly, the Motion to Strike is GRANTED, and the Declaration of Matthew Rafat (Doc. No. 31) is stricken. It is further ordered that the following portions of "Defendants' Silva, Mckee, and Wang's Opposition to Plaintiff Tvia's Motion to Remand" (Doc. 30) are stricken: Page 6:10, Page 7:9-11, Page 12:12-15, Page 12:13-28, and Page 15:22-24.

1 | IT IS SO ORDERED

2 | Dated:_____

3 |                                                  Hon. Samuel Conti
                                                 United States District

Campeau Goodsell Smith
A Law Corporation
San Jose, California

Campeau Goodsell Smith
A Law Corporation
San Jose, California