GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BENJAMIN SILVA, TSU HSIEN ) <br> "STEVE" WANG, MATTHEW MCKEE, ) <br> DIANE BJORKSTROM ) <br> MICHAEL BUTTRICK, YK SYNNET, A ) <br> JAPANESE CORPORATION AND DOES ) <br> 1 TO 100, INCLUSIVE ) <br> ) | Case No. 08-cv-01908-SC <br><br> **CERTIFICATE OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail and U.S. Mail.

On June 27, 2008 I caused to be served the following:

1. **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND;**

2. **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. §§ 1927 AND 1446(A), FRCP 11, AND, LR7-8;**

3. **SUPPLEMENAL DECLARATION OF GREGORY J. CHARLES, ESQ. IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. §§ 1927 AND 1446(a), FRCP 11, AND, LR7-8**

4. **MOTION TO STRIKE DEFENDANTS' SILVA, MCKEE, AND WANG'S OPPOSITION TO PLAINTIFF TVIA'S MOTION TO REMAND (DOC. 30) AND DECLARATION OF MATTHEW RAFAT (DOC. NO. 31);**

5. **[PROPOSED] ORDER GRANTNG MOTION TO STRIKE DEFENDANTS' SILVA, MCKEE, AND WANG'S OPPOSITION TO PLAINTIFF TVIA'S MOTION TO REMAND (DOC. 30) AND DECLARATION OF MATTHEW RAFAT (DOC. NO. 31);**

**[X] BY ELECTRONIC MAIL** on the following individuals via U.S. District Court, Northern District of California Electronic Filing:

> Matthew Rafat
> P.O. Box 111351
> Campbell, CA 95011-1351
> 408-871-2899
> willworkforjustice@yahoo.com

**[X] BY ELECTRONIC MAIL** on the following parties who have not appeared:

> D. Brad Jones
> Needham, Davis, Kepner & Young, LLP
> 1960 The Alameda, Suite 210
> San Jose, CA 95126
> BJones@ndkylaw.com

> And

> Stephanie O. Sparks
> Hoge, Fenton, Jones & Appel, Inc.
> 60 South Market Street
> Suite 1400
> San Jose, CA 95113-2396
> SOS@hogefenton.com

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that this declaration was executed June 27, 2008 in San Jose, California.

/s/ Jeff Goodsell<br>
Jeff Goodsell