GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*Counsel for Tvia, Inc.*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIA, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, DIANE BJORKSTROM MICHAEL BUTTRICK, YK SYNNET, A JAPANESE CORPORATION AND DOES 1 TO 100, INCLUSIVE | Case No. 08-cv-01908-SC<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

　　　X　　have not yet reached an agreement to an ADR process

　　　　　　request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party | Phone No. | E-mail Address |
|---|---|---|---|
| Gregory Charles, Esq. | Tvia, Inc. | 408-295-9555 | gcharles@campeaulaw.com |
| Matthew Rafat, Esq. | Messrs. Silva, Wang, and McKee | 408-295-3367 | willworkforjustice@yahoo.com |

1 | Dated: July 7, 2008           CAMPEAU GOODSELL SMITH
2 |                               A Law Corporation
3 |
4 |                               By:   /Gregory J. Charles
5 |                                     GREGORY J. CHARLES
                                        Attorneys for Plaintiff

6 | Dated: July 7, 2008           LAW OFFICES OF MATTHEW RAFAT
7 |
8 |                               By:   /Matthew Rafat
                                        MATTEW RAFAT
9 |                                     Attorney for Defendants Silva, Wang, and
                                        McKee