**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 18, 2008

Superior Court of California
for the County of Santa Clara
191 North 1st Street
San Jose, CA 95113

RE:  CV 08-01908 SC    TVIA, INC.-v-BENJAMIN SILVA, ET AL.
      Your Case Number: (1-08-CV-104728)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(x)     Certified copies of docket entries

(x)     Certified copies of Remand Order

(x)     Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg