(ENDORSED)
**FILED**

AUG 2 0 2008

**DAVID H. YAMASAKI**
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY_____ DEPUTY
Lisa Wilson

**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 18, 2008

Superior Court of California
for the County of Santa Clara
191 North 1st Street
San Jose, CA 95113

RE:  CV 08-01908 SC    TVIA, INC.-v-BENJAMIN SILVA, ET AL.
     Your Case Number: (1-08-CV-104728)

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

            (x)    Certified copies of docket entries

            (x)    Certified copies of Remand Order

            (x)    Other (E-Filing Case)

        Please acknowledge receipt of the above documents on the attached copy of this letter.


                            Sincerely,

                            RICHARD W. WIEKING, Clerk

                            *Alfred Amistoso*
                            by: Alfred Amistoso
                            Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg



08 AUG 22 PM 2:11   22 PM 1:2

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680