```
1  MATTHEW RAFAT (SBN 221577)
   PO Box 111351
2  Campbell, CA 95011-1351
   Telephone Number: (408) 295-3367
3
   Attorney for Defendants Silva, Wang, and McKee
4
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIA, INC., a Delaware Corporation, | Case No. C 08 01908 SC |
| Plaintiff, | Remanded to Santa Clara County Court Case: 1-08-CV-104728 |
| v. | |
| BENJAMIN SILVA, an individual, TSU HSIEN "STEVE" WANG, an individual, MATTHEW MCKEE an individual, DIANE BJORKSTROM, an individual, MICHAEL BUTTRICK, an individual, YK SYNNET, a Japanese Corporation, AND DOES 1 to 50, inclusive, | **SATISFACTION OF JUDGMENT** |
| Defendant. | |

COMES NOW DEFENDANTS BENJAMIN SILVA, TSU HSIEN "STEVE" WANG, MATTHEW MCKEE, and their counsel, MATTHEW RAFAT, in the above entitled action and state that the judgments/order entered in the this case on August 15, 2008, have been satisfied in full.

A certified check for the full amount included in the writ of execution, including all applicable daily interest/per diem, has been tendered to TVIA, Inc. on August 29, 2008.

Dated: August 29, 2008          LAW OFFICE OF MATTHEW RAFAT


                                By: /s/ Matthew Rafat
                                Matthew Rafat, Esq..
                                Attorney for Defendants Silva, Wang, and McKee

**CERTIFICATE OF SERVICE**

I declare that:

    I am and was at the time of service of the papers herein a resident of the State of California and over the age of eighteen years and am not a party to this action; my business address is PO Box 111351, Campbell, California 95011. On **August 29, 2008**, I caused to be served the following documents(s):

    **1.**    SATISFACTION OF JUDGMENT

[X ] **BY MAIL**: (CCP 1013 and 1013a)

    [ X] By placing the documents(s) listed above for **FIRST CLASS MAIL** delivery in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices thereof to:

Brad Jones, Esq.
Needham, Davis, Kepner & Young, LLP
1960 THE ALAMEDA STE 210
SAN JOSE CA  95126-1451

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    [ ]    By placing a copy thereof for delivery by OVERNIGHT EXPRESS (CCP 1013c and d)

[ ]    BY FACSIMILE: (CCP 1013e and f): from fax number 619-238-8707 to the fax numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2008 and no error was reported by the machine.

[X ]    BY PERSONAL SERVICE ONLY: I hand-delivered the documents described above to

Stephanie O. Sparks
in c/o Hoge Fenton
60 South Market Street, Suite 1400
San Jose, CA  95113-2396

Gregory Charles, Esq.
Campeau, Goodsell, Smith
440 North First Street, Ste 100
San Jose, CA 95112

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 29, 2008 at San Jose, California.


/sd/ Matthew Rafat
Matthew Rafat